TIMOTHY T. SCOTT (State Bar No. 126971)
*tscott@kslaw.com*
GEOFFREY M. EZGAR (State Bar No. 184243)
*gezgar@kslaw.com*
KING & SPALDING LLP
601 California Avenue, Suite 100
Palo Alto, CA 94304
Telephone: (650) 422-6700
Facsimile: (650) 422-6800

Attorneys for Defendant KIMBERLY-CLARK
CORPORATION, a Delaware Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HRAYR SHAHINIAN, M.D., F.A.C.S., an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. 2:14-cv-08390-DMG-SH<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Hearing Date: March 6, 2015<br>Hearing Time: 9:30 a.m.<br>Judge: Judge Dolly M. Gee<br>Location: Courtroom 7<br> 312 N. Spring St.<br> Los Angeles, CA |

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT - Case No. 2:14-cv-08390-DMG-SH**

**TO PLAINTIFF AND COUNSEL OF RECORD:**

**YOU ARE HEREBY NOTIFIED** that on **March 6, 2015** at **9:30 a.m.**, or soon thereafter as the matter can be heard in Courtroom 7 of the above-entitled Court, located at 312 North Spring Street, Los Angeles, California, 90012-4701, defendant Kimberly-Clark Corporation ("Kimberly-Clark"), will and hereby does respectfully move this Court to dismiss with prejudice the following causes of action contained in Plaintiff's First Amended Complaint: (1) fraud based on affirmative misrepresentations (Count I); (2) fraudulent concealment/nondisclosure (Count II); (3) negligent misrepresentation (Count III); and (4) violation of California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200 *et seq.* (Count IV).

Dismissal of the Complaint in its entirety is warranted on the following grounds: (i) pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject-matter jurisdiction, (ii) pursuant to Fed. R. Civ. P. 9(b) for failure to plead claims grounded in fraud with sufficient particularity, and (iii) pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

Kimberly-Clark's Motion to Dismiss is based on this Notice of Motion, the accompanying Memorandum in Support of the Motion, all pleadings and papers on file in this action, any reply papers that may be filed in support of the Motion, and upon such other evidence and arguments as may be presented to the Court at the time of the hearing.

This Motion is made following a conference of counsel pursuant to Local Rule 7-3, which took place on January 30, 2015.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: February 6, 2015 | KING & SPALDING LLP |
| 3 | | |
| 4 | | By: /s/ <u>Stephen B. Devereaux</u> |
| 5 | | Timothy T. Scott |
| | | Geoffrey M. Ezgar |
| 6 | | |
| 7 | | Chilton D. Varner |
| | | (admitted *pro hac vice*) |
| 8 | | Stephen B. Devereaux |
| | | (admitted *pro hac vice*) |
| 9 | | Bradley W. Pratt |
| | | (admitted *pro hac vice*) |
| 10 | | Madison H. Kitchens |
| | | (admitted *pro hac vice*) |
| 11 | | |
| 12 | | Attorneys for Defendant KIMBERLY-CLARK CORPORATION, A Delaware Corporation |

2

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT - Case No. 2:14-cv-08390-DMG-SH**