EAGAN AVENATTI, LLP
Michael J. Avenatti, State Bar No. 206929
mavenatti@eaganavenatti.com
Ahmed Ibrahim, State Bar No. 238739
aibrahim@eaganavenatti.com
Andrew Stolper, State Bar No. 205462
astolper@eaganavenatti.com
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone:  949.706.7000
Facsimile:   949.706.7050

Attorneys for Plaintiffs, Individually and On Behalf of All Others Similarly Situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HRAYR SHAHINIAN, M.D., F.A.C.S., et al.,<br><br>             Plaintiffs,<br><br>     vs.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation, and HALYARD HEALTH, INC., a Delaware Corporation,<br><br>             Defendants. | CASE NO.: 14-CV-08390 DMG (SHx)<br><br>Assigned for all purposes to:<br>Hon. Dolly M. Gee<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF HRAYR SHAHINIAN'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF HIS INDIVIDUAL CLAIMS WITH PREJUDICE**<br><br>HEARING DATE: March 4, 2016<br>HEARING TIME: 9:30 a.m.<br>LOCATION:         Courtroom 7<br>                              312 Spring St.<br>                              Los Angeles, CA |

**TO THE HONORABLE COURT AND ALL PARTIES**

Please take notice that Plaintiff Hrayr Shahinian hereby withdraws his Unopposed Motion for Voluntary Dismissal of His Individual Claims With Prejudice Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Plaintiff Shahinian intends to re-file the motion as an opposed motion.

Dated: February 5, 2016        EAGAN AVENATTI, LLP

                               By:    /s/ Michael J. Avenatti
                                      Michael J. Avenatti
                                      Attorneys for Plaintiffs, Individually and n
                                      On Behalf of All Others Similarly Situated