UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HRAYR SHAHINIAN, M.D., F.A.C.S., et al.,<br><br>          Plaintiffs,<br><br>               v.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation, and HALYARD HEALTH, INC., a Delaware Corporation,<br><br>          Defendants. | Case No.: CV 14-8390-DMG (PLAx)<br><br>ORDER GRANTING PLAINTIFF HRAYR SHAHINIAN'S MOTION FOR VOLUNTARY DISMISSAL OF HIS INDIVIDUAL CLAIMS WITH PREJUDICE [83] |

Upon consideration of the written submissions in support of and in opposition to PLAINTIFF HRAYR SHAHINIAN'S MOTION FOR VOLUNTARY DISMISSAL OF HIS INDIVIDUAL CLAIMS WITH PREJUDICE, and for good cause shown, the Court hereby Orders as follows:

1. Plaintiff Hrayr Shahinian's motion is GRANTED. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Shahinian's individual claims are hereby dismissed with prejudice.

2. As the remaining Plaintiffs in this action do not seek dismissal of their claims, those claims will continue unaffected and this Order shall not affect those claims.

3. The March 11, 2016 hearing on this motion is VACATED.

IT IS SO ORDERED.

DATED: March 10, 2016                    _____
                                          DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE