ALEXANDER CALFO (State Bar No. 152891)
*acalfo@kslaw.com*
JULIA ROMANO (State Bar No. 260857)
*jromano@kslaw.com*
KING & SPALDING LLP
633 W 5th Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants KIMBERLY-CLARK
CORPORATION, a Delaware Corporation; and
HALYARD HEALTH, INC., a Delaware Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHAMAS SURGERY CENTER, LLC dba Bahamas Surgery Center, a California limited liability company, on behalf of itself and all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation; and HALYARD HEALTH, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:14-cv-08390-DMG-PLA<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date: August 19, 2016<br>Time: 3:00 p.m.<br>Ctrm.: 7 - 2nd Floor |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that on August 19, 2016 at 3:00 p.m., or as soon
3  thereafter as this matter may be heard, pursuant to Rule 56 of the Federal Rules of
4  Civil Procedure, Defendants Kimberly-Clark Corporation and Halyard Health, Inc.
5  ("Defendants"), will, and hereby do, move this Court for an order granting
6  summary judgment.

7  As set forth in Defendants' Memorandum and Points of Authority in
8  Support of Defendants' Motion for Summary Judgment, filed contemporaneously
9  herewith, Plaintiff's Second Amended Complaint for: (1) fraud (affirmative
10 misrepresentations); (2) fraudulent concealment/non-disclosure; and (3) violation
11 of California's Bus. & Prof. Code sections 17200 et seq. ("UCL") should be
12 dismissed in its entirety with prejudice.

13 This motion is based on the authority of Rule 56 and other controlling
14 authorities, as well as this Notice, the contemporaneous Memorandum, the
15 accompanying declarations, the evidence submitted in support thereof, and the
16 pleadings and papers submitted in this action.

| | | |
|---|---|---|
| 1 | DATED: July 8, 2016 | KING & SPALDING LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Stephen B. Devereaux <br> Alexander Calfo |
| 5 | | Julia Romano <br> 633 W 5th Street, Suite 1700 |
| 6 | | Los Angeles, CA 90071 <br> Telephone: (213) 443-4355 |
| 7 | | Facsimile : (213) 443-4310 |
| 8 | | Chilton D. Varner |
| 9 | | (admitted *pro hac vice*) <br> Stephen B. Devereaux |
| 10 | | (admitted *pro hac vice*) <br> Bradley W. Pratt |
| 11 | | (admitted *pro hac vice*) <br> Madison H. Kitchens |
| 12 | | (admitted *pro hac vice*) |
| 13 | | 1180 Peachtree Street, N.E. <br> Atlanta, GA 30309-3521 |
| 14 | | Telephone: (404) 572-4600 <br> Facsimile: (404) 572-5100 |
| 15 | | |
| 16 | | Attorneys for Defendants <br> KIMBERLY-CLARK |
| 17 | | CORPORATION, a Delaware <br> Corporation; and HALYARD |
| 18 | | HEALTH, INC., a Delaware <br> Corporation |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

DEFENDANTS' NOTICE OF MOTION
AND MOTION FOR SUMMARY JUDGMENT