UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.  **CV 14-8390-DMG (PLAx)**                                  Date  September 30, 2016

Title  *Hrayr Shahinian, et al. v. Kimberly-Clark Corporation*

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Michael Avenatti | Chilton D. Varner |
| Ahmed Ibrahim | Alexander G. Calfo |
| John Arden | Stephen B. Devereaux |

**Proceedings: Defendants' Motion for Summary Judgment [197]**

**Defendants' Motion to Continue Final Pretrial Conference, Trial, and Related Deadlines [257]**

The cause is called and counsel state their appearance. The Court hears argument. Following oral argument, the Court advises counsel that the motions shall be taken under submission and a written order will issue.

1:19