ALEXANDER CALFO (State Bar No. 152891)
acalfo@kslaw.com
JULIA ROMANO (State Bar No. 260857)
jromano@kslaw.com
KING & SPALDING LLP
633 W. Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants KIMBERLY-CLARK CORPORATION, a Delaware Corporation; and HALYARD HEALTH, INC., a Delaware Corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HRAYR SHAHINIAN, M.D., F.A.C.S. et al.;<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation; and HALYARD HEALTH, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:14-cv-08390-DMG-PLA<br><br>**AGREED STATEMENT OF THE CASE**<br><br>**TRIAL:** March 28, 2017<br>**TIME:** 8:30 a.m.<br>**LOCATION:** Courtroom 8C<br>**JUDGE:** Dolly M. Gee |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Plaintiff Bahamas Surgery Center, LLP and Defendants Kimberly-Clark Corporation and Halyard Health, Inc. jointly propose the following statement of the case:

This is a class action lawsuit brought by Plaintiff Bahamas Surgery Center, LLC against Defendants Kimberly-Clark Corporation and Halyard Health, Inc. A class action is a lawsuit that has been brought by one or more plaintiffs on behalf of a larger group of people or entities who have similar legal claims. Plaintiff claims that from February 12, 2012 through January 11, 2015, Defendants failed to disclose and concealed certain information to the class allegedly showing that their MICROCOOL* Breathable High Performance Surgical Gowns did not meet the standard for barrier protection claimed on the gowns' label, and that, as a result, Plaintiff and class overpaid for the gowns. [Plaintiff further claims that certain representations made by Defendants relating to the gowns were false.][1] Plaintiff seeks monetary damages and other relief on behalf of itself and other end purchasers of MICROCOOL* gowns in California. Defendants deny Plaintiff's contentions and maintain that the MICROCOOL* gowns provided the level of barrier protection represented and that neither Plaintiff nor the class suffered any damages. Defendants therefore deny liability, and deny that Plaintiff or the class members are entitled to any of the relief they seek.

---

[1] Defendants object to this statement's inclusion in the Agreed Statement of the Case because it is Defendants' position that the Court should not permit Plaintiff to pursue an individual non-certified claim for affirmative fraudulent misrepresentation *on behalf of itself*, while simultaneously pursuing a class claim for fraudulent concealment/nondisclosure *on behalf of the class*. Plaintiffs disagree with Defendants' position as outlined in other briefing before the Court.

DATED: February 7, 2017

                                      KING & SPALDING LLP

                                      By: /s/ Chilton D. Varner
                                            Alexander Calfo
                                            Julia Romano
                                            633 W. Fifth Street, Suite 1700
                                            Los Angeles, CA 90071
                                            Telephone: (213) 443-4355
                                            Facsimile: (213) 443-4310

                                            Chilton D. Varner
                                            (admitted *pro hac vice*)
                                            Stephen B. Devereaux
                                            (admitted *pro hac vice*)
                                            Madison H. Kitchens
                                            (admitted *pro hac vice*)
                                            1180 Peachtree Street, N.E.
                                            Atlanta, GA 30309-3521
                                            Telephone: (404) 572-4600
                                            Facsimile: (404) 572-5100

Attorneys for Defendants KIMBERLY-CLARK CORPORATION, a Delaware Corporation; and HALYARD HEALTH, INC., a Delaware Corporation

DATED: February 7, 2017           EAGAN AVENATTI, LLP

By: /s/ Michael J. Avenatti
Michael J. Avenatti
520 Newport Center Dr., Suite 1400
Newport Beach, CA 92660
Telephone: (949) 706-7000

ATTORNEYS FOR PLAINTIFF