1  EAGAN AVENATTI, LLP
   Michael J. Avenatti, State Bar No. 206929
2  mavenatti@eaganavenatti.com
   Ahmed Ibrahim, State Bar No. 238739
3  aibrahim@eaganavenatti.com
   520 Newport Center Drive, Suite 1400
4  Newport Beach, CA 92660
   Telephone:  949.706.7000
5  Facsimile:   949.706.7050

6  Attorneys for Plaintiff, Individually and On
   Behalf of All Others Similarly Situated
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | HRAYR SHAHINIAN, M.D., F.A.C.S., et al., | CASE NO.:  14-CV-08390 DMG (PLA) |
12 | | |
13 | Plaintiff, | |
   | vs. | **PLAINTIFF'S NOTICE OF** |
14 | KIMBERLY-CLARK CORPORATION, a Delaware Corporation, and HALYARD HEALTH, INC., a Delaware Corporation, | **MOTIONS *IN LIMINE* TO EXCLUDE EVIDENCE AND /OR ARGUMENT** |
15 | | |
16 | | |
17 | Defendants. | Date:        February 28, 2017 |
   | | Time:        2:00 p.m. |
18 | | Courtroom:   8C |

19

20

21

22

23

24

25

26

27

28

---

**PLAINTIFF'S NOTICE OF MOTIONS *IN LIMINE***

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on February 28, 2017, in Department 8C of the above-referenced Court, Plaintiff Bahamas Surgery Center ("Plaintiff") will and does hereby move this Court for an order to exclude evidence and/or argument in connection with the following four motions *in limine:*

1. PLAINTIFF BAHAMAS SURGERY CENTER, LLC'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE, ARGUMENT, AND EXPERT TESTIMONY ASSERTING A LACK OF INDIVIDUAL GOWN FAILURES OR ABSENCE OF PHYSICAL INJURIES

2. PLAINTIFF BAHAMAS SURGERY CENTER, LLC'S MOTION IN LIMINE NO. 2 TO PRECLUDE DEFENDANTS FROM OFFERING EVIDENCE IN SUPPORT OF SUBJECT MATTERS OVER WHICH DEFENDANTS ASSERTED CLAIMS OF PRIVILEGE DURING DISCOVERY

3. PLAINTIFF BAHAMAS SURGERY CENTER, LLC'S MOTION IN LIMINE NO. 3 TO EXCLUDE ARGUMENT, EXPERT TESTIMONY AND EVIDENCE ASSERTING THE MICROCOOL GOWNS ARE FDA APPROVED AND COMPLIANT

4. PLAINTIFF BAHAMAS SURGERY CENTER, LLC'S MOTION IN LIMINE NO. 4 TO EXCLUDE ARGUMENT, EXPERT TESTIMONY AND EVIDENCE RELATING TO THE FORMER PLAINTIFFS IN THIS LAWSUIT

Plaintiff bases these motions upon this Notice of Motions; the Motions, Omnibus Declaration of Michael J. Avenatti in Support of Plaintiff's Motions to Exclude or Limit Expert Testimony, the pleadings and record in this action; and such further argument and evidence as this Court may consider at or before the hearing on these motions.

Dated: February 7, 2017

EAGAN AVENATTI, LLP
By:    /s/ Michael J. Avenatti
      Michael J. Avenatti
Attorneys for Plaintiff, Individually and
On Behalf of All Others Similarly Situated