1  EAGAN AVENATTI, LLP
   Michael J. Avenatti, State Bar No. 206929
2  mavenatti@eaganavenatti.com
   Ahmed Ibrahim, State Bar No. 238739
3  aibrahim@eaganavenatti.com
   520 Newport Center Drive, Suite 1400
4  Newport Beach, CA 92660
   Telephone:  949.706.7000
5  Facsimile:   949.706.7050

6  Attorneys for Plaintiffs, Individually and On
   Behalf of All Others Similarly Situated
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRIME HEALTHCARE CENTINELA, LLC, et al., | CASE NO.:  14-CV-08390 DMG (PLA) |
| Plaintiffs, | **APPLICATION TO CONDITIONALLY FILE UNDER SEAL EXHIBIT 22 TO THE OMNIBUS DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE AND DAUBERT MOTIONS** |
| vs. | |
| KIMBERLY-CLARK  CORPORATION, a Delaware Corporation, and HALYARD HEALTH, INC., a Delaware Corporation, | |
| Defendants. | |

**TO THE COURT AND TO ALL PARTIES OF RECORD HEREIN:**

Plaintiffs apply to **conditionally** file under seal the unredacted Exhibit 22 to the Omnibus Declaration of Michael J. Avenatti Filed in Support of Plaintiffs' Motions in Limine and Daubert Motions.

This application is made pursuant to Local Rule 79-5 of this Court. The specific basis for Plaintiffs' request to seal is set forth in the accompanying Declaration of Michael J. Avenatti in Support of Application to File Under Seal.

Therefore, Plaintiffs respectfully request this Court to grant this application to conditionally seal the unredacted Exhibit 22 to the Omnibus Declaration of Michael J. Avenatti Filed in Support of Plaintiffs' Motions in Limine and Daubert Motions.

Dated: February 7, 2017             EAGAN AVENATTI, LLP


                                    By:      /s/ Michael J. Avenatti
                                          Michael J. Avenatti
                                          Attorneys for Plaintiffs, Individually and
                                          On Behalf of All Others Similarly Situated