ALEXANDER CALFO (State Bar No. 152891)
acalfo@kslaw.com
JULIA ROMANO (State Bar No. 260857)
jromano@kslaw.com
KING & SPALDING LLP
633 W. Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants KIMBERLY-CLARK CORPORATION, a Delaware Corporation; and HALYARD HEALTH, INC., a Delaware Corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HRAYR SHAHINIAN, M.D., F.A.C.S. et al.;<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation; and HALYARD HEALTH, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:14-cv-08390-DMG-PLA<br><br>**DEFENDANTS' WITNESS LIST PURSUANT TO L.R. 16-5** |

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i) and Local Rule 16-5, Defendants Kimberly-Clark Corporation ("Kimberly-Clark) and Halyard Health, Inc. ("Halyard") (collectively, "Defendants"), hereby submit their witness list.  As required by Local Rule 16-5, an asterisk has been placed next to the names of those witnesses whom Defendants may call only if the need arises.  Defendants' ultimate decision to call any of the individuals on this witness list is subject to Plaintiff's proof and the Court's rulings on motions *in limine*, *Daubert* motions, and any other evidentiary objections.  Defendants reserve the right to call any additional witnesses necessary for impeachment.

1. Glenn Ault, M.D.
    USC Keck School of Medicine
    1975 Zonal Avenue, KAM 509
    Los Angeles, CA 90033
    Telephone: (323) 442-4093

2. Laurence Baker, Ph.D.
    Stanford University School of Medicine
    HRP Redwood Building, Room 110
    150 Governors Lane
    Stanford, CA 94305
    Telephone: (650) 723-4098

3. Judson Boothe*
    Halyard Health, Inc.
    c/o King & Spalding LLP
    1180 Peachtree Road Northeast
    Atlanta, GA 30319

Telephone: (404) 572-4600

4. Rashel Campos*

   Bahamas Surgery Center

   c/o Eagan Avenatti LLP

   520 Newport Center Dr., Suite 1400

   Newport Beach, CA 92660

   Telephone: (949) 706-7000

5. Ujjal Chakravartty*

   Halyard Health, Inc.

   c/o King & Spalding LLP

   1180 Peachtree Road Northeast

   Atlanta, GA 30319

   Telephone: (404) 572-4600

6. Kevin Friedman, D.O.*

   Halyard Health, Inc.

   c/o King & Spalding LLP

   1180 Peachtree Road Northeast

   Atlanta, GA 30319

   Telephone: (404) 572-4600

7. Jaime Handler*

   Halyard Health, Inc.

   c/o King & Spalding LLP

   1180 Peachtree Road Northeast

   Atlanta, GA 30319

Telephone: (404) 572-4600

8. Dominique Hanssens, Ph.D.

    UCLA Anderson School of Management

    110 Westwood Plaza, Suite B417

    Los Angeles, CA 90095

    Telephone: (310) 825-4497

9. Ty Hare*

    Halyard Health, Inc.

    c/o King & Spalding LLP

    1180 Peachtree Road Northeast

    Atlanta, GA 30319

    Telephone: (404) 572-4600

10. JD Hurdle

    Halyard Health, Inc.

    c/o King & Spalding LLP

    1180 Peachtree Road Northeast

    Atlanta, GA 30319

    Telephone: (404) 572-4600

11. Michael Mathis

    998 Midway Road

    Powder Springs, GA 30127

    Telephone: (404) 731-5863

12. Lisa Ottem*

    Prime Healthcare Services, Inc.

    3300 East Guasti Road

    Ontario, CA 91761

    Telephone: (909) 235-4400

13. Maria Pena*

    Halyard Health, Inc.

    c/o King & Spalding LLP

    1180 Peachtree Road Northeast

    Atlanta, GA 30319

    Telephone: (404) 572-4600

14. Philip Phillips

    P.O. Box 39

    McHenry, MD 21541

    Telephone: (202) 420-9042

15. William Rutala, Ph.D.

    130 Mason Farm Road, Bioinformatics

    UNC School of Medicine

    Division of Infectious Diseases

    Chapel Hill, NC 27599

    Telephone: (984) 974-7630

16. Duane Steffey, Ph.D.

    149 Commonwealth Drive

    Menlo Park, CA 94025

Telephone: (650) 688-7262

17. Mary Weber*

Halyard Health, Inc.

c/o King & Spalding LLP

1180 Peachtree Road Northeast

Atlanta, GA 30319

Telephone: (404) 572-4600

DATED: February 7, 2017                KING & SPALDING LLP

By: /s/ Julia Romano _____
Alexander Calfo
Julia Romano
633 W. Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile : (213) 443-4310

Chilton D. Varner
(admitted *pro hac vice*)
Stephen B. Devereaux
(admitted *pro hac vice*)
Madison H. Kitchens
(admitted *pro hac vice*)
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorneys for Defendants
KIMBERLY-CLARK
CORPORATION, a Delaware
Corporation; and HALYARD
HEALTH, INC., a Delaware
Corporation