ALEXANDER CALFO (State Bar No. 152891)
*acalfo@kslaw.com*
JULIA ROMANO (State Bar No. 260857)
*jromano@kslaw.com*
**KING & SPALDING LLP**
633 W. Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants KIMBERLY-CLARK CORPORATION, a Delaware Corporation; and HALYARD HEALTH, INC., a Delaware Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HRAYR SHAHINIAN, M.D., F.A.C.S. et al.;<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation; and HALYARD HEALTH, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:14-cv-08390-DMG-PLA<br><br>**DEFENDANTS KIMBERLY-CLARK CORPORATION AND HALYARD HEALTH, INC.'S [PROPOSED] VOIR DIRE QUESTIONS** |

Defendants KIMBERLY-CLARK CORPORATION and HALYARD HEALTH, INC. ("Defendants") hereby respectfully request, pursuant to Rule 47(a) of the Federal Rules of Civil Procedure and Paragraph 11 of Section VI.B of this Court's Scheduling and Case Management Order re Jury Trial (Dkt. No. 50), that the Court include the following questions in its examination of prospective jurors. Defendants' counsel also requests leave to orally tender supplemental questions as may be necessitated by the answers of prospective jurors pursuant to Rule 47(a).

1. What is your name?
2. What is your occupation?
3. Are you currently employed?
    a. If so, where? What is your job title/duty?
4. Are you married or in a domestic partnership?
    a. If yes, what is your spouse/partner's occupation?
5. If you have children, what are their occupations?
6. What is your city of residence?
7. What is your highest level of education?
8. Have you served on a jury before?
    a. If yes, civil or criminal?
        i. If civil, what was case about?
    b. Did the jury reach a decision in the case?
    c. Were you the presiding juror or foreperson?
9. Do you, a family member, or someone close to you have any experience, education or training in any of the following fields:
    a. Any medical, scientific, or health-related field?
    b. Any engineering field?
    c. Manufacturing?
    d. Sales/marketing?
    e. Quality Control?
    f. Legal field?
    g. Regulatory compliance?
10. Is anyone here concerned about health risks because of where you work or where you live?
11. Have you, or someone close to you, recently undergone surgery or plan to undergo surgery in the near future?

12. Have you, or someone you know, ever contracted an infection while undergoing or performing a medical procedure?

13. Has anyone ever had a dispute with his or her employer that resulted in disciplinary action or termination?

14. Does anyone feel that an important function of juries in America is to send messages to companies to improve their behavior?

15. Does anyone think that a very large damages award is a good way to send a message to a company?

16. Has anyone ever filed a lawsuit or claim for damages?

17. Has anyone ever been a member of a class in a class action lawsuit?

18. Does anyone have any strong opinions about the FDA (the U.S. Food and Drug Administration)?

19. Does anyone believe it is possible to create a medical device that is 100% risk free?

20. Is anyone familiar with Kimberly-Clark Corporation or its products?

21. Does anyone have any opinions about Kimberly-Clark or its products?

22. Does anyone have a negative opinion about Kimberly-Clark based on the experience you (or someone close to you) had with the company or its products?

23. Is anyone familiar with Halyard Health, Inc. or its products?

24. Does anyone have any opinions about Halyard Health or its products?

25. Does anyone have a negative opinion about Halyard Health based on the experience you (or someone close to you) had with the company or its products?

26. Does anyone have any negative feelings about Kimberly Clark or Halyard because they are corporations?

27. Does anyone believe that if a lawsuit gets to trial, it must have some merit and the defendants (Kimberly-Clark and Halyard Health) probably did something wrong?
28. Does anyone believe that Plaintiff Bahamas Surgery Center is entitled to money simply because they filed this lawsuit?
29. If I instruct you that Plaintiff Bahamas Surgery Center has to prove its case, would anyone feel that Defendants Kimberly-Clark and Halyard Health should still have to prove they did nothing wrong?
30. Is there anyone who would favor medical professionals over manufacturers regardless of the evidence? If yes, please explain.
31. Has anyone seen or read media reports or commercials which you believe might in any way relate to the subject matter of this case?
32. Do you believe there is any reason you should not or cannot serve as a juror in this case (including ethical, religious, political, or other beliefs, as well as any medical problems)?

DATED: February 7, 2017

KING & SPALDING LLP

By: /s/ Stephen B. Devereaux
  Alexander Calfo
  Julia Romano
  Chilton D. Varner
  (admitted *pro hac vice*)
  Stephen B. Devereaux
  (admitted *pro hac vice*)
  Madison H. Kitchens
  (admitted *pro hac vice*)
  1180 Peachtree Street, N.E.
  Atlanta, GA 30309-3521
  Telephone: (404) 572-4600
  Facsimile: (404) 572-5100

Attorneys for Defendants KIMBERLY-CLARK CORPORATION, a Delaware Corporation; and HALYARD HEALTH, INC., a Delaware Corporation