EAGAN AVENATTI, LLP
Michael J. Avenatti, State Bar No. 206929
mavenatti@eaganavenatti.com
Ahmed Ibrahim, State Bar No. 238739
aibrahim@eaganavenatti.com
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone:  949.706.7000
Facsimile:   949.706.7050

Attorneys for Plaintiff, Individually and On Behalf of All Others Similarly Situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HRAYR SHAHINIAN, M.D., F.A.C.S., et al.,<br><br>                    Plaintiff,<br>          vs.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation, and HALYARD HEALTH, INC., a Delaware Corporation,<br><br>                    Defendants. | CASE NO.:  14-CV-08390 DMG (PLA)<br><br>**PLAINTIFFS' PROPOSED *VOIR DIRE*  QUESTIONS** |

Plaintiff Bahamas Surgery Center hereby submits the following proposed questions to be posed to potential jurors during *voir dire* in this case.

1. What is the highest level of education you have completed?

2. Are you currently?

| | |
|---|---|
| ☐ Employed full-time | ☐ Student |
| ☐ Employed part-time | ☐ Disabled |
| ☐ Unemployed (looking for work) | ☐ Homemaker |
| ☐ Unemployed (not looking for work) | ☐ Retired |

3. If you are now employed, please state the name of your employer; the type of business of the employer; and your job title.

4. Have you or your spouse/partner ever served in the military? If yes, please explain, including branch, rank, and years served.

5. Please identify which newspapers, television shows, websites and/or radio talk shows you rely on for news.

6. Have you or a member of your family ever worked in the medical field? If so, please describe.

7. Have you previously served as a juror? If so, please describe the type of case, when you served, whether you were the foreperson and whether a verdict was reached.

8. Did you know anyone on this jury panel before coming to court today? If so, please describe the nature of your relationship.

9. Do you agree or disagree with the statement, "I don't trust large corporations"? Please explain.

10. Have you, a close family member or a close friend ever sued anyone or been sued by anyone? If so, please explain.

11. Do you believe:

    There are too many lawsuits?

    Jury awards are too high?

    People are too ready to sue?

    Lawsuits are costing us all too much money?

12. Do you feel that money damages awarded in lawsuits are:

| | | | |
|---|---|---|---|
| ☐ | Excessive? | ☐ | Occasionally too low? |
| ☐ | Often too large? | ☐ | Often too low? |
| ☐ | About right? | | |

13. Do you have any negative opinions about people who bring lawsuits for money damages to compensate them for injury or harm? If so, please explain.

14. Do you believe there should be caps or limits on the amount of money juries can award? If so, please explain.

-2-
**PLAINTIFFS' PROPOSED *VOIR DIRE* QUESTIONS**

15. Would you have any difficulty in rendering a multi-million dollar award even if such an award was supported by the evidence? If so, please explain.

16. Punitive damages are additional damages that may be awarded against a party to set an example and act as a deterrent. Do you believe punitive damages are a fair way to hold a party accountable for outrageous or malicious conduct? If not, why not?

17. Do you believe most businesses behave ethically and responsibly?

18. Do you believe most businesses too often put profits before people?

19. Do you have any negative feelings about class action lawsuits? If so, please explain.

20. Have you, or a close family member or close friend had any formal education or employment experience regarding any of the following? If so, please explain.

|  |  |
|---|---|
| Medicine |  |
| Nursing |  |
| Statistics |  |
| Engineering |  |
| Materials science |  |
| Investigations |  |

21. Have you, a close family member (i.e., a grandparent, parent, spouse, sibling, or child) or close friend ever had any formal education or employment experience in any aspect of the legal field? If so, please explain.

22. Have you, a close family member or close friend had any formal education or employment experience regarding any aspect of the medical device or supply industries? If so, please explain.

23. Have you ever seen or heard any television or news media broadcasts or read any books or articles about this case? If so, please explain.

24. Have you or any member of your family or close friends ever formed any unfavorable impressions of the Hispanic community? If so, please explain.

25. Do you speak Spanish?

26. Have you ever known anyone who worked at Kimberly-Clark Corporation or Halyard Health Corporation? If so, please explain.

27. Have you ever heard or read anything negative about Kimberly-Clark Corporation or Halyard Health Corporation? If so, please explain.

28. Have you ever seen, read or heard anything in the media (including tv, radio, newspaper, internet, etc.) about Kimberly-Clark Corporation or Halyard Health Corporation? If so, please explain.

29. This case concerns, among other things, allegations about a medical product used in surgeries and in the treatment of serious diseases such as Ebola. With that in mind, is there anything about the subject matter of this case that might interfere

with your ability to fairly and impartially listen to and evaluate the evidence in this case? If yes or not sure, please explain.

30. Is there anything about you that these questions do not address that you think might be important for the attorneys and the judge to know? If so, please explain.

31. Are you, any of your family members or close friends to your knowledge acquainted with any of the lawyers, parties or witnesses involved in this case whose names are on the attached list [list to be provided jointly at time of trial]? If so, please explain.

Dated: February 7, 2017                    EAGAN AVENATTI, LLP


                                           By:    /s/ Michael J. Avenatti
                                                  Michael J. Avenatti
                                                  Attorneys for Plaintiff, Individually and
                                                  On Behalf of All Others Similarly Situated