Michael J. Avenatti, SBN 206929
EAGAN AVENATTI, LLP
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
mavenatti@eaganavenatti.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| HRAYR SHAHINIAN, M.D., F.A.C.S., et al., | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 14-CV-08390DMG(PLA) |
| v. | |
| KIMBERLY-CLARK CORPORATION | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

[PROPOSED] FINAL PRETRIAL CONFERENCE ORDER

**Reason:**
☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☑ Other:

Lodge pursuant to L.R. 16-7

February 7, 2017
Date

/s/ Michael J. Avenatti
Attorney Name
Plaintiff, Individually and On Behalf of All Others
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).