ALEXANDER CALFO (State Bar No. 152891)
acalfo@kslaw.com
JULIA ROMANO (State Bar No. 260857)
jromano@kslaw.com
**KING & SPALDING LLP**
633 W. Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants KIMBERLY-CLARK CORPORATION, a Delaware Corporation; and HALYARD HEALTH, INC., a Delaware Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HRAYR SHAHINIAN, M.D., F.A.C.S. et al.;<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation; and HALYARD HEALTH, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:14-cv-08390-DMG-PLA<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE OPINION TESTIMONY OF DENNIS M. MOORE PURSUANT TO FED. R. EVID. 702 AND THE *DAUBERT* STANDARD**<br><br>[*Proposed Order Attached*]<br><br>HEARING DATE: Feb. 28, 2017<br>HEARING TIME: 2:00 p.m.<br>LOCATION: Ctrm 8C |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  **PLEASE TAKE NOTICE** that on February 28, 2017 at 2:00 p.m., or as
3  soon thereafter as this matter may be heard, pursuant to Federal Rule of Evidence
4  702 and the U.S. Supreme Court's decision in *Daubert v. Merrell Dow*
5  *Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Defendants Kimberly-Clark
6  Corporation and Halyard Health, Inc., will, and hereby do, move this Court for an
7  order excluding the opinion testimony of Dennis Moore.

8  This motion is based on the authority of FED. R. EVID. 702, *Daubert*, the
9  broad discretionary authority invested in this Court, and other controlling
10 authorities, as well as this Notice, the contemporaneous Motion, and on the Court's
11 files and records in this case.

12 This motion is made following the conference of counsel pursuant to L.R. 7-
13 3, which took place on February 6, 2017.

15  DATED:  February 7, 2017

                                    KING & SPALDING LLP

                                    By: /s/ Stephen B. Devereaux
                                        Alexander Calfo
                                        Julia Romano
                                        633 W. Fifth Street, Suite 1700
                                        Los Angeles, CA 90071
                                        Telephone:  (213) 443-4355
                                        Facsimile:  (213) 443-4310

                                        Chilton D. Varner
                                        (admitted *pro hac vice*)
                                        Stephen B. Devereaux
                                        (admitted *pro hac vice*)
                                        Madison H. Kitchens
                                        (admitted *pro hac vice*)
                                        1180 Peachtree Street, N.E.
                                        Atlanta, GA 30309-3521
                                        Telephone:  (404) 572-4600

---

**DEFENDANTS' MOTION TO EXCLUDE THE OPINION TESTIMONY OF DENNIS M. MOORE PURSUANT TO FED. R. EVID. 702 AND THE *DAUBERT* STANDARD**

DMSLIBRARY01\29994653.v1

| | |
|---|---|
| 1 | Facsimile:  (404) 572-5100 |
| 2 | Attorneys for Defendants KIMBERLY-CLARK CORPORATION, a Delaware Corporation; and HALYARD HEALTH, INC., a Delaware Corporation |
| 3 | |
| 4 | |

ii

**DEFENDANTS' MOTION TO EXCLUDE THE OPINION TESTIMONY OF DENNIS M. MOORE PURSUANT TO FED. R. EVID. 702 AND THE *DAUBERT* STANDARD**

DMSLIBRARY01\29994653.v1