EAGAN AVENATTI, LLP
Michael J. Avenatti, State Bar No. 206929
mavenatti@eaganavenatti.com
Ahmed Ibrahim, State Bar No. 238739
aibrahim@eaganavenatti.com
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone:   949.706.7000
Facsimile:    949.706.7050

Attorneys for Plaintiff, Individually and On Behalf of All Others Similarly Situated

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HRAYR SHAHINIAN, M.D., F.A.C.S., , et al.<br><br>        Plaintiff,<br>    vs.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation, and HALYARD HEALTH, INC., a Delaware Corporation,<br><br>        Defendants. | CASE NO.:  14-CV-08390 DMG (PLA)<br><br>**PLAINTIFF'S WITNESS LIST** |

Pursuant to Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure and Local Rule 16-5, Plaintiff Bahamas Surgery Center, LLC d.b.a. Bahamas Surgery Center, on behalf of itself and all others similarly situated ("Plaintiff"), by and through its undersigned counsel, hereby identifies the following witnesses it excepts to call at the time of trial. Plaintiff expressly reserves the right to supplement and/or amend this list after receipt of defendants Kimberly-Clark Corporation and Halyard Health, Inc.'s ("Defendants") witness list, based on motion *in limine* rulings of the Court, evidentiary rulings of the Court, or any other factor. Further, Plaintiff reserves the right to call any witness in Plaintiff's case-in-chief who appears on any witness list provided by Defendants.

I.  **WITNESSES PLAINTIFF EXPECTS TO PRESENT**

1. Joanne Bauer (by deposition and/or live if present). This witness may be contacted through counsel for Defendants.
2. Judson Bernard Boothe / Defendants' Rule 30(b)(6) Witness Re Labeling (by deposition and/or live if present). This witness may be contacted through counsel for Defendants.
3. Rashel Campos (by deposition and/or live if present). This witness may be contacted through counsel for Plaintiff.
4. Ujjal Chakravarty (by deposition and/or live if present). This witness may be contacted through counsel for Defendants.
5. Andy Court*, 524 West 57th Street, New York, NY 10019, (212) 975-6200.
6. Custodian of Records Witness for Defendant Halyard Health, Inc.* This witness may be contacted through counsel for Defendant.
7. Custodian of Records Witness for Intertek,* 3933 US Route 11, Cortland, NY 13045, (607) 753-6711.
8. Custodian of Records Witness for Defendant Kimberly-Clark Corporation.* This witness may be contacted through counsel for Defendant.
9. Custodian of Records Witness for Nelson Laboratories, Inc.,* 6280 South

Redwood Rd., Salt Lake City, UT 84123-6600, (801) 290-7500 (* if necessary).

10. Defendants 30(b)(6) witnesses produced in response to the 30(b)(6) notice dated September 21, 2016. This witness may be contacted through counsel for Defendant.

11. Stephen Devereaux,* King & Spalding, LLP, 1180 Peachtree Street, N.E., Atlanta, GA 30309, (404) 572-4600, sdevereaux@kslaw.com.

12. Cintya Dominguez. This witness is believed to reside in Honduras. Her address is currently unknown to Plaintiff.

13. Keith Edgett (by deposition and/or live if present). This witness may be contacted through counsel for Plaintiff.

14. Rolando Ferrera. This witness is believed to reside in Honduras. His address is currently unknown to Plaintiff.

15. Kevin Friedman (by deposition and/or live if present). This witness may be contacted through counsel for Defendants.

16. Michael Groesbeck (by deposition and/or live if present).* This witness may be contacted through outside counsel for Cardinal Health as follows: Baker Hostetler, Daniel R. Warren, 191 North Wacker Dr., Suite 3100, Chicago, IL 60606-1901, (312) 416-8179, dwarren@bakerlaw.com; Baker Hostetler, Joseph E. Ezzie, 65 East State Street. Capitol Square, Suite 2100, 15 Columbus, OH 43215, (614) 228-1541, jezzie@bakerlaw.com.

17. Lori Hand / Defendants' Rule 30(b)(6) Witness Re Customers of MicroCool Gowns (by deposition and/or live if present). This witness may be contacted through counsel for Defendants.

18. Jamie Handler / Defendants' Rule 30(b)(6) Witness Re Marketing (by deposition and/or live if present). This witness may be contacted through counsel for Defendants.

19. JD Hurdle (by deposition and/or live if present).* This witness may be contacted through counsel for Defendants.

20. Susan Jacobson (by deposition and/or live if present). This witness may be contacted through outside counsel for Cardinal Health as follows: Baker Hostetler, Daniel R. Warren, 191 North Wacker Dr., Suite 3100, Chicago, IL 60606-1901, (312) 416-8179, dwarren@bakerlaw.com; Baker Hostetler, Joseph E. Ezzie, 65 East State Street. Capitol Square, Suite 2100, 15 Columbus, OH 43215, (614) 228-1541, jezzie@bakerlaw.com.

21. Jerald Jascomb (by deposition and/or live if present). This witness may be contacted through counsel for Defendants.

22. Christopher Lowery.* This witness may be contacted through counsel for Defendants.

23. Ross Mansbach (by deposition and/or live if present). This witness may be contacted through counsel for Defendants.

24. Dennis Moore (expert). This witness may be contacted through counsel for Plaintiff.

25. Kaitlyn Murray (live). This witness may be contacted through Eric Young, McEldrew Young, 123 S. Broad Street, Suite 2250, Philadelphia, PA 1909 (215) 367-5151, eyoung@mceldrewyoung.com.

26. Christopher Naeyaert.* This witness may be contacted through counsel for Plaintiff.

27. Joseph Palomo (by deposition and/or live if present). This witness may be contacted through outside counsel for Cardinal Health as follows: Baker Hostetler, Daniel R. Warren, 191 North Wacker Dr., Suite 3100, Chicago, IL 60606-1901, (312) 416-8179, dwarren@bakerlaw.com; Baker Hostetler, Joseph E. Ezzie, 65 East State Street. Capitol Square, Suite 2100, 15 Columbus, OH 43215, (614) 228-1541, jezzie@bakerlaw.com.

28. Maria Pena (by deposition and/or live if present). This witness may be contacted through counsel for Defendants.

29. David Stewart (expert). This witness may be contacted through counsel for Plaintiff.

30. Jeffrey Stull (expert). This witness may be contacted through counsel for Plaintiff.

31. Lon Taylor (by deposition and/or live if present). This witness may be contacted through counsel for Defendants.

32. Wava Truscott (by deposition and/or live if present). This witness may be contacted through counsel for Defendants.

33. Bernard Vezeau (by deposition). This witness is deceased.

34. Keisha Weaver (by deposition and/or live if present). This witness may be contacted through counsel for Defendants.

35. Mary Weber (by deposition and/or live if present). This witness may be contacted through counsel for Defendants.

36. John Wesley.* This witness may be contacted through counsel for Defendant.

37. Michael Williams (expert). This witness may be contacted through counsel for Plaintiff.

38. Michael J. Avenatti,* Eagan Avenatti, LLP, 520 Newport Center Drive, Suite 1400, Newport Beach, CA 92660, (949) 706-7000, mavenatti@eaganavenatti.com.

Dated: February 7, 2017

EAGAN AVENATTI, LLP

By: _____/s/ Michael J. Avenatti_____
Michael J. Avenatti
Ahmed Ibrahim
Attorneys for Plaintiff, Individually and On Behalf of All Others Similarly Situated