ALEXANDER CALFO (State Bar No. 152891)
*acalfo@kslaw.com*
JULIA ROMANO (State Bar No. 260857)
*jromano@kslaw.com*
**KING & SPALDING LLP**
633 W. Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants KIMBERLY-CLARK CORPORATION, a Delaware Corporation; and HALYARD HEALTH, INC., a Delaware Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HRAYR SHAHINIAN, M.D., F.A.C.S. et al.;<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation; and HALYARD HEALTH, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:14-cv-08390-DMG-PLA<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE OPINION TESTIMONY OF JEFFREY O. STULL PURSUANT TO FED. R. EVID. 702 AND THE *DAUBERT* STANDARD**<br><br>[*Proposed Order Attached*]<br><br>HEARING DATE: Feb. 28, 2017<br>HEARING TIME: 2:00 p.m.<br>LOCATION: Ctrm 8C |

**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO EXCLUDE THE OPINION TESTIMONY OF JEFFREY O. STULL PURSUANT TO FED. R. EVID. 702 AND THE DAUBERT STANDARD**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 28, 2017 at 2:00 p.m., or as soon thereafter as this matter may be heard, pursuant to Federal Rule of Evidence 702 and the U.S. Supreme Court's decision in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Defendants Kimberly-Clark Corporation and Halyard Health, Inc., will, and hereby do, move this Court for an order excluding the opinion testimony of Jeffrey Stull.

This motion is based on the authority of FED. R. EVID. 702, *Daubert*, the broad discretionary authority invested in this Court, and other controlling authorities, as well as this Notice, the contemporaneous Motion, and on the Court's files and records in this case.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on February 6, 2017.

DATED: February 7, 2017

        KING & SPALDING LLP

        By: /s/ Stephen B. Devereaux
           Alexander Calfo
           Julia Romano
           633 W. Fifth Street, Suite 1700
           Los Angeles, CA 90071
           Telephone: (213) 443-4355
           Facsimile: (213) 443-4310

           Chilton D. Varner
           (admitted *pro hac vice*)
           Stephen B. Devereaux
           (admitted *pro hac vice*)
           Madison H. Kitchens
           (admitted *pro hac vice*)
           1180 Peachtree Street, N.E.
           Atlanta, GA 30309-3521
           Telephone: (404) 572-4600

Facsimile: (404) 572-5100

Attorneys for Defendants KIMBERLY-CLARK CORPORATION, a Delaware Corporation; and HALYARD HEALTH, INC., a Delaware Corporation

**DEFENDANTS' MOTION TO EXCLUDE THE OPINION TESTIMONY OF JEFFREY O. STULL PURSUANT TO FED. R. EVID. 702 AND THE *DAUBERT* STANDARD**