EAGAN AVENATTI, LLP
Michael J. Avenatti, State Bar No. 206929
mavenatti@eaganavenatti.com
Ahmed Ibrahim, State Bar No. 238739
aibrahim@eaganavenatti.com
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone: 949.706.7000
Facsimile: 949.706.7050

Attorneys for Plaintiff, Individually and On Behalf of All Others Similarly Situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HRAYR SHAHINIAN, M.D., F.A.C.S., et al.,<br><br>              Plaintiff,<br><br>     vs.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation, and HALYARD HEALTH, INC., a Delaware Corporation,<br><br>              Defendants. | CASE NO.: 14-CV-08390 DMG (PLA)<br><br>**PLAINTIFF'S NOTICE OF DAUBERT MOTIONS**<br><br>Date:         February 28, 2017<br>Time:         2:00 p.m.<br>Courtroom: 8C |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on February 28, 2017, in Department 8C of the above-referenced Court, Plaintiff Bahamas Surgery Center ("Plaintiff") will and does hereby move this Court for an order to exclude evidence and/or argument in connection with the following Daubert motions:

1. PLAINTIFF BAHAMAS SURGERY CENTER, LLC'S MOTION TO EXCLUDE OR LIMIT EXPERT TESTIMONY OF PHILIP J. PHILLIPS (FED. EVID. 702; DAUBERT V. MERRELL DOW PHARMACEUTICALS) AND REQUEST FOR DAUBERT HEARING

2. PLAINTIFF BAHAMAS SURGERY CENTER, LLC'S MOTION TO EXCLUDE OR LIMIT EXPERT TESTIMONY OF DOMINIQUE HANSSENS (FED. EVID. 702; DAUBERT V. MERRELL DOW PHARMACEUTICALS) AND REQUEST FOR DAUBERT HEARING

3. PLAINTIFF BAHAMAS SURGERY CENTER, LLC'S MOTION TO EXCLUDE OR LIMIT EXPERT TESTIMONY OF MICHAEL P. MATHIS (FED. EVID. 702; DAUBERT V. MERRELL DOW PHARMACEUTICALS) AND REQUEST FOR DAUBERT HEARING

4. PLAINTIFF BAHAMAS SURGERY CENTER, LLC'S MOTION TO EXCLUDE OR LIMIT EXPERT TESTIMONY OF DR. LAURENCE BAKER (FED. EVID. 702; DAUBERT V. MERRELL DOW PHARMACEUTICALS) AND REQUEST FOR DAUBERT HEARING

5. PLAINTIFF BAHAMAS SURGERY CENTER, LLC'S NOTICE OF MOTION TO EXCLUDE OR LIMIT EXPERT TESTIMONY OF WILLIAM A. RUTALA (FED. EVID. 702; DAUBERT V. MERRELL DOW PHARMACEUTICALS) AND REQUEST FOR DAUBERT HEARING

6. PLAINTIFF BAHAMAS SURGERY CENTER, LLC'S MOTION TO EXCLUDE OR LIMIT EXPERT TESTIMONY OF DUANE L. STEFFEY (FED. EVID. 702; DAUBERT V. MERRELL DOW PHARMACEUTICALS) AND REQUEST FOR DAUBERT HEARING

7. **PLAINTIFF BAHAMAS SURGERY CENTER, LLC'S MOTION TO EXCLUDE OR LIMIT EXPERT TESTIMONY OF GLENN T. AULT (FED. EVID. 702; <u>DAUBERT V. MERRELL DOW PHARMACEUTICALS</u>) AND REQUEST FOR <u>DAUBERT</u> HEARING**

Plaintiff bases these motions upon this Notice of Motions; the Motions, Omnibus Declaration of Michael J. Avenatti in Support of Plaintiff's Motions In Limine (Nos. 1 through 4) and Motions to Exclude or Limit Expert Testimony, the pleadings and record in this action; and such further argument and evidence as this Court may consider at or before the hearing on these motions.

Dated:  February 7, 2017

EAGAN AVENATTI, LLP
By:     /s/ Michael J. Avenatti
    Michael J. Avenatti
Attorneys for Plaintiff, Individually and
On Behalf of All Others Similarly Situated

-3-
**PLAINTIFF'S MOTION IN LIMINE NO. 4 TO EXCLUDE ARGUMENT AND EVIDENCE RELATING TO THE EXPERIENCE OF FORMER PLAINTIFFS**