1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EAGAN AVENATTI, LLP
Michael J. Avenatti, State Bar No. 206929
mavenatti@eaganavenatti.com
Ahmed Ibrahim, State Bar No. 238739
aibrahim@eaganavenatti.com
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone:  949.706.7000
Facsimile:   949.706.7050

Attorneys for Plaintiff, Individually and On
Behalf of All Others Similarly Situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HRAYR SHAHINIAN, M.D., F.A.C.S., et al.,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br><br>KIMBERLY-CLARK  CORPORATION, a Delaware Corporation, and HALYARD HEALTH, INC., a Delaware Corporation,<br><br>　　　　　　　Defendants. | CASE NO.:  14-CV-08390 DMG (PLA)<br><br>**OMNIBUS DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE (NOS. 1 THROUGH 4) AND MOTIONS TO EXCLUDE OR LIMIT EXPERT TESTIMONY** |

## DECLARATION OF MICHAEL J. AVENATTI

I, MICHAEL J. AVENATTI, declare as follows:

1.     I am an attorney duly admitted to practice before this Court.  I am an attorney with the law firm of Eagan Avenatti, LLP ("Eagan Avenatti" or the "firm"), counsel of record for Plaintiffs Bahamas Surgery Center, LLC and the class.  I am submitting this omnibus declaration in support of Plaintiff Bahamas Surgery Center LLC's motions in limine (Nos. 1 through 4) and motions to exclude or limit Defendants' expert witnesses.  I have personal knowledge of the information stated herein and if called to testify to the same would and could do so.

2.     The parties have met and conferred regarding the contents of Plaintiff's motions in limine Nos. 1 through 4, along with Plaintiff's motions to exclude or limit Defendants' expert testimony.

3.     Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Glenn T. Ault, M.D.

4.     Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Laurence Baker, Ph.D.

5.     Attached hereto as Exhibit 3 is a true and correct copy of the Rebuttal Expert Report of Laurence Baker, Ph.D.

6.     Attached hereto as Exhibit 4 is a true and correct copy of the Rebuttal Expert Report of Dr. Michael A. Williams.

7.     Attached hereto as Exhibit 5 is a true and correct copy of the Rebuttal Declaration of Dr. Michael A. Williams in Further Support of Plaintiff's Motion for Class Certification.

8.     Attached hereto as Exhibit 6 is a true and correct copy of the Expert Report of Dr. Michael A. Williams.

9.     Attached hereto as Exhibit 7 is a true and correct copy of the Expert Report of Jeffrey O. Stull.

10.     Attached hereto as Exhibit 8 is a true and correct copy of the Expert Report of Dr. David Stewart.

11.     Attached hereto as Exhibit 9 is a true and correct copy of the Expert Report of Dennis M. Moore.

12.     Attached hereto as Exhibit 10 is a true and correct copy of the Expert Report of Dominique Hanssens, Ph.D.

13.     Attached hereto as Exhibit 11 is a true and correct copy of the Rebuttal Expert Report of Dr. David Stewart.

14.     Attached hereto as Exhibit 12 is a true and correct copy of the Rebuttal Declaration of Dr. David Stewart in Further Support of Plaintiff's Motion for Class Certification.

15.     Attached hereto as Exhibit 13 is a true and correct copy of the Expert Report of Michael P. Mathis.

16.     Attached hereto as Exhibit 14 is a true and correct copy of the Declaration of Dennis M. Moore in Support of Plaintiff Bahamas Surgery Center, LLC's Opposition to Defendants' Motion for Summary Judgment.

17.     Attached hereto as Exhibit 15 is a true and correct copy of the Expert Report of Philip J. Phillips.

18.     Attached hereto as Exhibit 16 is a true and correct copy of the Expert Report of Dr. William A. Rutala.

19.     Attached hereto as Exhibit 17 is a true and correct copy of the Expert Rebuttal Report of Jeffrey O. Stull.

20.     Attached hereto as Exhibit 18 is a true and correct copy of the Declaration of Jeffrey O. Stull in Support of Plaintiff's Motion for Class Certification.

21.     Attached hereto as Exhibit 19 is a true and correct copy of the Rebuttal Declaration of Jeffrey O. Stull in Support of Plaintiff's Motion for Class Certification and Response to Evidentiary Objections.

**OMNIBUS DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE (NOS. 1 THROUGH 4) AND MOTIONS TO EXCLUDE OR LIMIT EXPERT TESTIMONY**

1    22.    Attached hereto as Exhibit 20 is a true and correct copy of the Expert

2  Report of Duane L. Steffey, Ph.D.

3    23.    Attached hereto as Exhibit 21 are true and correct copies of excerpts of the

4  Deposition of Jerry Jascomb taken in this matter.

5    24.    Attached hereto as Exhibit 22 are true and correct copies of excerpts of the

6  Deposition of Ross Mansbach taken in this matter.   (CONDITIONALLY   FILED

7  UNDER SEAL)

8    25.    Attached hereto as Exhibit 23 are true and correct copies of excerpts of the

9  Deposition of Lon Taylor taken in this matter.

10

11    I declare, under penalty of perjury and under the laws of the United States of

12  America, that the foregoing is true and correct.   I have executed this declaration at

13  Newport Beach, California on February 7, 2017.

14

15                                   /s/ Michael J. Avenatti
                                      Michael J. Avenatti

16

17

18

19

20

21

22

23

24

25

26`

27

28

**OMNIBUS DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF PLAINTIFF'S MOTIONS IN
LIMINE (NOS. 1 THROUGH 4) AND MOTIONS TO EXCLUDE OR LIMIT EXPERT TESTIMONY**