JOINT TRIAL WITNESS TIME ESTIMATE FORM

Case No. and Title: CV 2:14-cv-08390-DMG-PLA *Shahinian, et al., v. Kimberly-Clark Corp. and Halyard Health, Inc.*

Trial Date:  March 28, 2017

**Plaintiffs' Case**:

Plaintiff reserves the right to amend and/or supplement this form, (1) consistent with any rulings by the Court on motions *in limine*, evidentiary objections, and other matters; and (2) after having completed the remaining depositions in the case.

| No. | Witness | | | | |
|---|---|---|---|---|---|
| 1. | **Bauer, Joanne** | | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **1.5 hours** | |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **0.5 hours** | |
| | Brief Description of Testimony: | Ms. Bauer was President of Kimberly-Clark Health Care during the relevant time period.  Ms. Bauer will testify regarding Defendants' knowledge of problems with the MicroCool Gowns, and the company's reaction to these problems. | | | |
| 2. | **Boothe, Judson** | | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **.5 hours** | |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **SEE BELOW** | |
| | Brief Description of Testimony: | Mr. Boothe was a Senior Manufacturing Director at Kimberly-Clark during the relevant time period.  Mr. Boothe will testify regarding label claims. | | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 3. | **Campos, Rashel** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **1.5 hours** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **SEE BELOW** |
| | Brief Description of Testimony: | Ms. Campos is an employee of Bahamas Surgery Center, LLC dba Bahamas Surgery Center. She will testify regarding Plaintiff's claims. | | |
| 4. | **Chakravartty, Ujjal** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **1.0 hour** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **SEE BELOW** |
| | Brief Description of Testimony: | Mr. Chakravartty was Director of Quality Systems and Engineering for Kimberly-Clark and Halyard during the relevant time period. Mr. Chakravartty will testify regarding Defendants' knowledge of problems with the MicroCool Gowns, and the company's reaction to these problems. | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 5. | **Court, Andy *** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **.25 hours** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **OBJECTION** |
| | Brief Description of Testimony: | Mr. Court may testify if necessary for purposes of foundation and authentication of certain evidence in the case. | | |
| 6. | **Custodian of Records – Halyard Health** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **.25 hours** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **OBJECTION** |
| | Brief Description of Testimony: | The Custodian of Records for Halyard Health may testify if necessary for purposes of foundation and authentication of certain evidence in the case. | | |
| 7. | **Custodian of Records – Intertek** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **.25 hours** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **OBJECTION** |
| | Brief Description of Testimony: | The Custodian of Records for Intertek may testify if necessary for purposes of foundation and authentication of certain evidence in the case. | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 8. | **Custodian of Records – Kimberly-Clark *** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | .25 hours |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **OBJECTION** |
| | Brief Description of Testimony: | The Custodian of Records for Kimberly-Clark may testify if necessary for purposes of foundation and authentication of certain evidence in the case. | | |
| 9. | **Custodian of Records - Nelson Laboratories, Inc. *** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | .25 hours |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **OBJECTION** |
| | Brief Description of Testimony: | The Custodian of Records for Nelson Laboratories, Inc. may testify if necessary for purposes of foundation and authentication of certain evidence in the case. | | |
| 10. | **Devereaux, Stephen *** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | .25 hours |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **OBJECTION** |
| | Brief Description of Testimony: | Mr. Devereaux may testify if necessary for purposes of foundation and authentication of certain evidence in the case. | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 11. | **Dominguez, Cintya** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | 1.5 hours |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **OBJECTION** |
| | Brief Description of Testimony: | Ms. Dominguez was Customer Complaint Analyst Engineer for Kimberly-Clark/Halyard Health during the relevant time period.  Ms. Dominguez will testify regarding Defendants' knowledge of problems with the MicroCool Gowns, and the company's reaction to these problems, as well as the company's compliance issues generally. | | |
| 12. | **Edgett, Keith** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | 3.0 hours |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | 1.5 hours |
| | Brief Description of Testimony: | Mr. Edgett was Global Director R&E Surgical and Infection Prevention & Acrymed Wound Care for Kimberly-Clark during the relevant time period.  Mr. Edgett will testify regarding Defendants' knowledge of problems with the MicroCool Gowns, and the company's reaction to these problems, as well as the company's compliance issues generally. | | |
| 13. | **Ferrera, Rolando** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | 4.0 hours |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **OBJECTION** |
| | Brief Description of Testimony: | Mr. Ferrera was Engineering and Project Manager for Kimberly-Clark during the relevant time period.  Mr. Ferrera will testify regarding Defendants' knowledge of problems with the MicroCool Gowns, and the company's reaction to these problems, as well as the company's compliance issues generally. | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 14. | **Friedman, Dr. Kevin** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **1.5 hours** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **SEE BELOW** |
| | Brief Description of Testimony: | Dr. Friedman will testify regarding Defendants' knowledge of problems with the MicroCool Gowns, as well as concerning various documents and exhibits in the case. | | |
| 15. | **Groesbeck, Michael *** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **.50 hours** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **OBJECTION** |
| | Brief Description of Testimony: | Mr. Groesbeck was Sr. Vice President Quality and Regulatory Affairs for Cardinal Health during the relevant time period.  Mr. Groesbeck will testify regarding Kimberly-Clark's litigation with Cardinal Health, negotiation and settlement, and Kimberly-Clark's admission that its gowns were not compliant with AAMI-4 standards. | | |
| 16. | **Hand, Lori** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **1.0 hours** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **0.5 hours** |
| | Brief Description of Testimony: | Ms. Hand lead the customer service and sale support team at Kimberly-Clark during the relevant time period.  Ms. Hand will testify regarding sales of the Micro-Cool Gowns. | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 17. | **Handler, Jamie** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **.75 hours** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **SEE BELOW** |
| | Brief Description of Testimony: | Ms. Handler was marketing director of Halyard's Global Strategic Marketing Team during a relevant time period.  Ms. Handler will testify regarding internal marketing surveys regarding the MicroCool Gowns and the materiality of Defendants' representations regarding the gowns. | | |
| 18. | **Hurdle, JD \*** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **.75 hours** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **SEE BELOW** |
| | Brief Description of Testimony: | Mr. Hurdle may testify if necessary for purposes of foundation and authentication of certain evidence in the case. | | |
| 19. | **Jacobson, Susan** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **1.0 hours** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **OBJECTION** |
| | Brief Description of Testimony: | Ms. Jacobson was Senior Vice-President, General Counsel for Cardinal Health during the relevant time period.  Ms. Jacobson will testify regarding Kimberly-Clark's litigation with Cardinal Health, negotiation and settlement, and Kimberly-Clark's admission that its gowns were not compliant with AAMI-4 standards. | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 20. | **Jascomb, Jerald** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **2.5 hours** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **1 hour** |
| | Brief Description of Testimony: | Mr. Jascomb was R&D Technical Leader at Halyard Health during the relevant time period.  Mr. Jascomb will testify regarding Defendants' knowledge of problems with the MicroCool Gowns, and the company's reaction to these problems, as well as the company's compliance issues generally. | | | |
| 21. | **Lowery, Christopher \*** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **1.5 hours** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **OBJECTION** |
| | Brief Description of Testimony: | Mr. Lowery was Chief Operating Officer at Halyard Health during the relevant time period.  Mr. Lowery may testify if necessary for purposes of foundation and authentication of certain evidence in the case, including his admissions on behalf of the companies. | | | |
| 22. | **Mansbach, Ross** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **2.0 hours** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **OBJECTION** |
| | Brief Description of Testimony: | Mr. Mansbach was Vice President, Deputy General Counsel, and Corporate Secretary at Halyard Health during the relevant time period.  Mr. Mansbach will testify regarding Defendants' knowledge of problems with the MicroCool Gowns and regarding Kimberly-Clark's litigation with Cardinal Health, negotiation and settlement, and Kimberly-Clark's admission that its gowns were not compliant with AAMI-4 standards.  He will also testify to the company's lack of compliance and conduct. | | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 23. | **Moore, Dennis** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **1.0 hour** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **1.5 hours** |
| | Brief Description of Testimony: | Mr. Moore is an expert on behalf of Plaintiff. Mr. Moore will testify consistent with his reports and regarding the value of the MicroCool Gowns purchased by Plaintiff and the Class Members. | | |
| 24. | **Murry, Caitlin (live)** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **.75 hours** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **OBJECTION** |
| | Brief Description of Testimony: | Ms. Murray is a former employee of Halyard Health. She will testify concerning admissions of the company relating to the gowns and Messrs. Vezeau and Edgett. | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 25. | **Naeyert, Christopher \*** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **1.0 hour** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **OBJECTION** |
| | Brief Description of Testimony: | Mr. Naeyert may testify if necessary for impeachment and/or rebuttal purposes regarding injuries suffered as a result of the use of the MicroCool Gowns. | | |
| 26. | **Palomo, Joseph** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **1.0 hour** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **OBJECTION** |
| | Brief Description of Testimony: | Mr. Palomo was an Engineering Specialist at Cardinal Health during the relevant time period.  Mr. Palomo will testify regarding testing of the MicroCool Gowns during the class period demonstrating significant failure of the gowns. | | |
| 27. | **Pena, Maria** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **1.0 hour** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **SEE BELOW** |
| | Brief Description of Testimony: | Ms. Pena was a Technical Quality Leader at Halyard Health during the relevant time period.  Ms. Pena will testify regarding Defendants' knowledge of problems with the MicroCool Gowns, and their reactions thereto. | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 28. | **Stewart, Dr. David** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **1.0 hour** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **1.5 hours** |
| | Brief Description of Testimony: | Dr. Stewart is an expert on behalf of Plaintiff. Dr. Stewart will testify consistent with his reports and regarding consumer preferences relating to the MicroCool Gowns and the materiality of Defendants' representations. | | |
| 29. | **Stull, Jeffrey** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **4.0 hours** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **2 hours** |
| | Brief Description of Testimony: | Mr. Stull is an expert on behalf of Plaintiff. Mr. Stull will testify consistent with his reports and regarding the nonconformance to AAMI standards of the MicroCool Gowns purchased by Plaintiff and the Class Members, and the damages they suffered thereon. | | |
| 30. | **Taylor, Lon** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **1.0 hour** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **0.5 hours** |
| | Brief Description of Testimony: | Mr. Taylor was Director of Marketing of Surgical & Infection Prevention at Halyard Health during the relevant time period. Mr. Taylor will testify regarding Defendants' knowledge of problems with the MicroCool Gowns, and their communications and misrepresentations relating to the gowns. | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 31. | **Truscott, Wava** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **1.0 hour** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **0.5 hours** |
| | Brief Description of Testimony: | Ms. Truscott was Director of Medical Sciences and Clinical Education at Kimberly-Clark during the relevant time period.  Ms. Truscott will testify regarding Defendants' knowledge of problems with the MicroCool Gowns, and the company's reaction to these problems, as well as the company's compliance issues generally. | | |
| 32. | **Vezeau, Bernard** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **3.0 hours** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **1 hour** |
| | Brief Description of Testimony: | Mr. Vezeau was Global Strategic Marketing Director at Halyard Health during the relevant time period.  Mr. Vezeau will testify regarding Defendants' knowledge of problems with the MicroCool Gowns, and the company's reaction to these problems, as well as the company's compliance issues generally. | | |
| 33. | **Weaver, Keisha** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **1.0 hour** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **0.5 hours** |
| | Brief Description of Testimony: | Ms. Weaver will testify regarding Defendants' knowledge of problems with the MicroCool Gowns and Defendants' admissions relating to Messrs. Vezeau and Edgett. | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 34. | **Weber, Mary** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **1.5 hours** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **SEE BELOW** |
| | Brief Description of Testimony: | Ms. Weber was an R&E Scientist at Halyard Health during the relevant time period. Ms. Weber will testify regarding Defendants' knowledge of problems with the MicroCool Gowns, and the company's reaction to these problems, as well as the company's compliance issues generally. | | |
| 35. | **Wesley, John** * | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **.25 hours** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **OBJECTION** |
| | Brief Description of Testimony: | Mr. Wesley may testify if necessary for purposes of foundation and authentication of certain evidence in the case. | | |
| 36. | **Williams, Dr. Michael** | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **3.0 hours** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **1.5 hours** |
| | Brief Description of Testimony: | Dr. Williams is an expert on behalf of Plaintiff. Dr. Williams will testify consistent with his report and on the subject of damages. | | |
| 37. | **Avenatti, Michael** * | | | |
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | **.5 hours** |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | **OBJECTION** |
| | Brief Description of Testimony: | Mr. Avenatti may testify if necessary for purposes of foundation and authentication of certain evidence in the case. | | |

**Defendants' Case:**

Defendants reserve the right to amend and/or supplement this form, (1) consistent with any rulings by the Court on motions *in limine*, evidentiary objections, and other matters; and (2) after having completed the remaining depositions in the case.

| No. | Witness | | | |
|---|---|---|---|---|
| 1. | **Ault, Dr. Glenn** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | **1 hour** |
| | Cross Examiner: | Plaintiff | Cross Exam Time Est.: | **1 hour** |
| | Brief Description of Testimony: | Dr. Ault is an expert witness, surgeon, and administrator USC's Keck School of Medicine.  Consistent with Defendants' Rule 26 Disclosures and his reports in this case, he will testify about topics including infection-prevention in the surgical setting, the selection and use of personal protective equipment such as surgical gowns, the training undertaken regarding the same, the frequency and consequences of strikethrough, and how strikethrough differs from channeling.  Dr. Ault will also testify in rebuttal to Plaintiff's expert Jeffrey Stull. | | |
| 2. | **Baker, Dr. Laurence** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | **1.5 hours** |
| | Cross Examiner: | Plaintiff | Cross Exam Time Est.: | **1 hour** |
| | Brief Description of Testimony: | Dr. Baker is an expert witness and healthcare economist at Stanford University School of Medicine.  Consistent with Defendants' Rule 26 Disclosures and his reports in this case, he will testify about topics including the pricing and valuation of MICROCOOL* gowns, the agreements governing their purchase and distribution, and the viability of Plaintiff's damage model.  Dr. Baker will also testify in rebuttal to Plaintiff's experts, David Stewart and Michael Williams. | | |

DMSLIBRARY01:29962013.7

| 3. | **Boothe, Judson** | | | |
|---|---|---|---|---|
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | **1 hour** |
| | Cross Examiner: | Plaintiff | Cross Exam Time Est.: | **2 hours** |
| | Brief Description of Testimony: | Mr. Boothe is Vice President of Product Supply for Halyard Health.  Consistent with his deposition in this case pursuant to Fed. R. Civ. P. 30(b)(6), if called to testify, he will testify about topics including the rollout of the AAMI-4 version of the MICROCOOL* gown, the sale and marketing of those gowns, and their labeling, including as part of custom procedure trays. | | |
| 4. | **Campos, Rashel** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | **1 hour** |
| | Cross Examiner: | Plaintiff | Cross Exam Time Est.: | **1 hour** |
| | Brief Description of Testimony: | Ms. Campos is Regional Director of Ambulatory Surgery Center Operations for named plaintiff Bahamas Surgery Center. She will testify about topics including Bahamas' purchase of MICROCOOL* gowns, the performance of those gowns, and its understanding of MICROCOOL*'s features, safety, and effectiveness. | | |

15

| No. | Witness | | | |
|---|---|---|---|---|
| 5. | **Chakravartty, Ujjal** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | **1 hour** |
| | Cross Examiner: | Plaintiff | Cross Exam Time Est.: | **1 hour** |
| | Brief Description of Testimony: | Mr. Chakravartty is Director of Global Quality Systems for Halyard Health.  Consistent with his deposition in this case, if called to testify, he will testify about topics including Defendants' quality systems and assessment of the performance and safety of the MICROCOOL* gown. | | |
| 6. | **Friedman, Dr. Kevin** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | **1 hour** |
| | Cross Examiner: | Plaintiff | Cross Exam Time Est.: | **1 hour** |
| | Brief Description of Testimony: | Dr. Friedman is a doctor of osteopathic medicine and Halyard Health's Medical Director.  Consistent with his upcoming deposition in this case pursuant to Fed. R. Civ. P. 30(b)(6), if called to testify, he will testify about topics including strikethrough involving surgical gowns, related safety issues, and the Ebola virus. | | |
| 7. | **Handler, Jaime** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | **1 hour** |
| | Cross Examiner: | Plaintiff | Cross Exam Time Est.: | **1 hour** |
| | Brief Description of Testimony: | Ms. Handler is Director, Global Strategic Marketing at Halyard Health.  Consistent with her deposition in this case, if called to testify, she will testify about topics including marketing of the MICROCOOL* gown and Defendants' internal marketing analysis concerning MICROCOOL*. | | |
| 8. | **Hanssens, Dr. Dominique** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | **1 hour** |
| | Cross Examiner: | Plaintiff | Cross Exam Time Est.: | **1 hour** |
| | Brief Description of Testimony: | Dr. Hanssens is an expert witness and professor of marketing at UCLA's School of Management.  Consistent with Defendants' Rule 26 Disclosures and his reports in this case, he will testify about topics including the importance of the challenged omissions and/or representations to MICROCOOL* purchasers, the factors influencing purchasers' decisions to buy MICROCOOL*, as well as surveys conducted both by himself and Plaintiff's expert, David Stewart.  Dr. Hanssens will also testify in rebuttal to Plaintiff's experts, David Stewart and Michael Williams. | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 9. | **Hare, Ty** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | **0.75 hours** |
| | Cross Examiner: | Plaintiff | Cross Exam Time Est.: | **OBJECTION** |
| | Brief Description of Testimony: | Mr. Hare is a Pricing & Contract Management Leader at Halyard Health.  If called to testify, he will testify about topics including the contracts and other agreements governing the purchase and pricing of MICROCOOL* gowns, and the different ways in which MICROCOOL* gowns are bought and sold. | | |
| 10. | **Hurdle, JD** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | **1.5 hours** |
| | Cross Examiner: | Plaintiff | Cross Exam Time Est.: | **1.25 hours** |
| | Brief Description of Testimony: | Mr. Hurdle is Director of Research and Development – Surgical and Infection Prevention at Halyard Health.  Consistent with Defendants' Rule 26 Disclosures, his Declarations, and his upcoming deposition pursuant to Fed. R. Civ. P. 30(b)(6), he will testify based on his education, experience, and training, as well as his review of documents produced in this case, about topics including the development, testing, clearance, and performance of MICROCOOL* gowns, as well as field complaints for MICROCOOL* gowns, and Defendants' evaluation of those complaints and testing results. | | |
| 11. | **Mathis, Michael** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | **1 hour** |
| | Cross Examiner: | Plaintiff | Cross Exam Time Est.: | **1 hour** |
| | Brief Description of Testimony: | Mr. Mathis is an expert witness and retired engineer who devoted a significant portion of his career to the MICROCOOL* gown and the study of its testing.  Consistent with Defendants' Rule 26 Disclosures and his reports in this case, he will testify about topics including the ASTM F1671 test, both generally and as applied to MICROCOOL* gowns, and the similarities and differences between MICROCOOL*'s product features and those of other surgical gowns, including the Halyard Basics gown used by Plaintiff as a benchmark for its damage model.  Mr. Mathis will also testify in rebuttal to Plaintiff's expert Michael Williams. | | |
| 12. | **Ottem, Lisa** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | **0.75 hours** |
| | Cross Examiner: | Plaintiff | Cross Exam Time Est.: | **OBJECTION** |
| | Brief Description of Testimony: | Ms. Ottem is Vice President of Supply Chain for Prime Healthcare Services.  Consistent with her deposition in this case, if called to testify, she will testify about topics including Prime Healthcare's selection, purchase, and use of surgical gowns, including MICROCOOL*. | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 13. | **Pena, Maria** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | **1 hour** |
| | Cross Examiner: | Plaintiff | Cross Exam Time Est.: | **.75 hours** |
| | Brief Description of Testimony: | Ms. Pena is Quality Manager at Halyard Health. Consistent with her upcoming deposition in this case, if called to testify, she will testify about topics including Defendants' quality systems and assessment of the performance and safety of the MICROCOOL* gown. | | |
| 14. | **Phillip, Philip** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | **1 hour** |
| | Cross Examiner: | Plaintiff | Cross Exam Time Est.: | **1 hour** |
| | Brief Description of Testimony: | Mr. Phillips is an expert witness and former official with FDA's Office of Device Evaluation. Consistent with Defendants' Rule 26 Disclosures and his report in this case, he will testify about topics including FDA's 2010 clearance of the MICROCOOL* gown, the impact of the AAMI PB70:2012 standard on that 2010 clearance under FDA regulations and guidance, and the appropriateness of Defendants' post-marketing conduct for the MICROCOOL* gowns under FDA regulations. Mr. Phillips will also testify in rebuttal to Plaintiff's experts Dennis Moore and Jeffrey Stull. | | |
| 15. | **Rutala, Dr. William** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | **1.5 hours** |
| | Cross Examiner: | Plaintiff | Cross Exam Time Est.: | **1.5 hours** |
| | Brief Description of Testimony: | Dr. Rutala is an expert witness and director of the programs for hospital epidemiology and occupational health and safety at UNC Hospitals. Consistent with Defendants' Rule 26 Disclosures and his report in this case, he will testify about topics including the safety and effectiveness of the MICROCOOL* gown, the risk of transmission of bloodborne pathogens via a failure of a surgical gown (including MICROCOOL*), and the appropriateness of Defendants' response to testing results and field complaints for the MICROCOOL* gown. Dr. Rutala will also testify in rebuttal to Plaintiff's experts Dennis Moore and Jeffrey Stull. | | |

| 16. | **Steffey, Dr. Duane** | | | |
| --- | --- | --- | --- | --- |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | **1 hour** |
| | Cross Examiner: | Plaintiff | Cross Exam Time Est.: | **1 hour** |
| | Brief Description of Testimony: | Dr. Steffey is an expert witness and statistician. Consistent with Defendants' Rule 26 Disclosures and his reports in this case, he will testify about topics including the statistical implications of the AAMI Level 4 classification, differences between the PB70:2003 and PB70:2012 standards, Defendants' interpretation of the same, the results of statistical reanalysis conducted by Defendants, and the interpretation of the results of certain testing commissioned by the CDC. Dr. Steffey will also testify in rebuttal to Plaintiff's expert Jeffrey Stull. | | |
| 17. | **Weber, Mary** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | **1 hour** |
| | Cross Examiner: | Plaintiff | Cross Exam Time Est.: | **1.5 hours** |
| | Brief Description of Testimony: | Ms. Weber is a project scientist with Halyard Health. Consistent with her deposition in this case, if called to testify, she will testify about topics including Defendants' continuous-improvement plans for products, including MICROCOOL*, measures undertaken pursuant to those plans, and Defendants' QRB and CAPA processes. | | |