UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
Apr 7, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: KT DEPUTY

## JURY NOTE

| | |
|---|---|
| BAHAMAS SURGERY CENTER, LLC, | CASE NO.: CV 14-8390-DMG (PLAx) |
| Plaintiff. | |
| vs. | NOTE # 1  FROM THE JURY |
| KIMBERLY-CLARK CORPORATION, et al., | **REDACTED AS TO THE FOREPERSON'S NAME** |
| Defendants, | |

_____ The jury has reached a unanimous verdict.

_____ The jury advises the Court of the following:

✓ The jury requests the following:

Juror #4 will be our foreman.

We are willing to stay until 8pm today.

Dated: 4-7-17        Signed: [REDACTED]