UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JURY NOTE


FILED
CLERK, U.S. DISTRICT COURT
Apr 7, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: KT  DEPUTY

| | |
|---|---|
| BAHAMAS SURGERY CENTER, LLC,  )<br>)<br>Plaintiff.  )<br>)<br>vs.  )<br>)<br>KIMBERLY-CLARK CORPORATION,  )<br>et al.,  )<br>)<br>)<br>Defendants,  )<br>_____ ) | CASE NO.: CV 14-8390-DMG (PLAx)<br><br>NOTE # 2   FROM THE JURY<br><br>**REDACTED AS TO THE FOREPERSON'S NAME** |

__X__   The jury has reached a unanimous verdict.

_____   The jury advises the Court of the following:

_____   The jury requests the following:

_[signature]_____

_____

_____

_____

_____

_____

_____

Dated: 4/7/17        Signed: ███████████