FILED
CLERK, U.S. DISTRICT COURT

Apr 7, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KT_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BAHAMAS SURGERY CENTER, LLC.,

                   Plaintiff,

     v.

KIMBERLY-CLARK CORP., et al.,

                 Defendants.

Case No. CV 14-8390-DMG (PLAx)

**VERDICT FORM AS TO DEFENDANT KIMBERLY-CLARK**

**REDACTED AS TO THE FOREPERSON'S NAME**

We, the jury in the above-entitled action, find as follows as to Defendant Kimberly-Clark:

PLAINTIFF CLASS CLAIM FOR CONCEALMENT

Question No. 1:    On the Plaintiff Class Claim for concealment against Defendant Kimberly-Clark, we find in favor of:  (check one)

    __✓__ The Plaintiff Class and against Defendant Kimberly-Clark

    _____ Defendant Kimberly-Clark and against the Plaintiff Class

If you found in favor of Defendant Kimberly-Clark on Question No. 1, skip the remainder of the questions and have your presiding juror sign and date this form.  If you found in favor of the Plaintiff Class on Question No. 1, proceed to Question No. 2.

1  Question No. 2:   State the amount of compensatory damages, if any, you award

2  to the Plaintiff Class against Defendant Kimberly-Clark on the claim for concealment:

3  $ 3,889,327.00

4

5  In response to Question No. 2, if you awarded the Plaintiff Class $0, skip the

6  remainder of the questions and have your presiding juror sign and date this form.  If you

7  awarded the Plaintiff Class any amount greater than $0, proceed to Question No. 3.

8

9  Question No. 3:   Did the Plaintiff Class prove the dates on which each loss of the

10  Plaintiff Class was incurred?  (check one)

11  ___✓___ Yes                    _____ No

12

13  If you answered "no" to Question No. 3, skip Question No. 4 and proceed to

14  Question No. 5.  If you answered "yes" to Question No. 3, proceed to Question No. 4.

15

16  Question No. 4:   Do you find the Plaintiff Class is entitled to prejudgment

17  interest? (check one)

18  ___✓___ Yes                    _____ No

19

20  Question No. 5:   With respect to Defendant Kimberly-Clark's conduct for which

21  you found in favor of the Plaintiff Class on the concealment claim, did the Plaintiff Class

22  prove by clear and convincing evidence that Defendant engaged in the conduct with

23  malice, oppression, or fraud?  (check one)

24  ___✓___ Yes                    _____ No

25

26  If you answered "no" to Question No. 5, skip Question No. 6 and have the

27  presiding juror sign and date this form.  If you answered "yes" to Question No. 5,

28  proceed to Question No. 6.

1        Question No. 6:   State the amount of punitive damages, if any, you award against

2    Defendant Kimberly-Clark.

3        $ 350 Million

4

5    DATED:

6        04/07/2017

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28