```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                              Apr 7, 2017

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY:     KT      DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHAMAS SURGERY CENTER, LLC., | Case No. CV 14-8390-DMG (PLAx) |
| Plaintiff, | **VERDICT FORM AS TO DEFENDANT HALYARD HEALTH, INC.** |
| v. | |
| KIMBERLY-CLARK CORP., et al., | <span style="color:orange">**REDACTED AS TO THE FOREPERSON'S NAME**</span> |
| Defendants. | |

We, the jury in the above-entitled action, find as follows as to Defendant Halyard Health, Inc.:

PLAINTIFF CLASS CLAIM FOR CONCEALMENT

Question No. 1:    On the Plaintiff Class Claim for concealment against Defendant Halyard Health, we find in favor of:  (check one)

    ✓     The Plaintiff Class and against Defendant Halyard Health

    _____     Defendant Halyard Health and against the Plaintiff Class

If you found in favor of Defendant Halyard Health on Question No. 1, skip the remainder of the questions and have your presiding juror sign and date this form.  If you found in favor of the Plaintiff Class on Question No. 1, proceed to Question No. 2.

Question No. 2:    State the amount of compensatory damages, if any, you award to the Plaintiff Class against Defendant Halyard Health on the claim for concealment:

$ _261,445.00_

In response to Question No. 2, if you awarded the Plaintiff Class $0, skip the remainder of the questions and have your presiding juror sign and date this form.  If you awarded the Plaintiff Class any amount greater than $0, proceed to Question No. 3.

Question No. 3:    Did Plaintiff prove the dates on which each loss of the Plaintiff Class was incurred?  (check one)

✓ Yes          _____No

If you answered "no" to Question No. 3, skip Question No. 4 and proceed to Question No. 5.  If you answered "yes" to Question No. 3, proceed to Question No. 4.

Question No. 4:    Do you find the Plaintiff Class is entitled to prejudgment interest?  (check one)

✓ Yes          _____No

Question No. 5:    With respect to Defendant Halyard Health's conduct for which you found in favor of the Plaintiff Class on the concealment claim, did the Plaintiff Class prove by clear and convincing evidence that Defendant engaged in the conduct with malice, oppression, or fraud?  (check one)

✓ Yes          _____No

If you answered "no" to Question No. 5, skip Question No. 6 and have the presiding juror sign and date this form.  If you answered "yes" to Question No. 5, proceed to Question No. 6.

Question No. 6:    State the amount of punitive damages, if any, you award against Defendant Halyard Health.

$ 100 Million

DATED:

04/07/2017

