# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Bahamas Surgery Center, LLC | CASE NUMBER |
|---|---|
| v.  PLAINTIFF(S) | 2:14-cv-08390 DMG(PLAx) |
| Kimberly-Clark Corporation et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES) |
| DEFENDANT(S). | |

## CONSENT

**TRANSFER ORDER DECLINED**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

_____          _____
Date                              United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

It would not be an efficient use of judicial resources to have the action pending before Judge Gee transferred to this Court given that a trial commenced in that matter on March 28, 2017. Moreover, there are post-trial matters scheduled. Counsel failed to file timely the notice of related cases pursuant to L.R. 83-1.3.

April 19, 2017                    John A. Kronstadt  /s/
Date                              United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2:14-cv-08313 JAK(JPRx)   and the present case:

☑ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*