JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHAMAS SURGERY CENTER, LLC, | Case No. CV 14-8390 DMG (PLAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KIMBERLY-CLARK CORPORATION, et. al., | |
| Defendants. | |

This matter having come before the Court for a jury trial on March 28, 2017 through April 7, 2017 and a subsequent court trial [Doc. ## 517, 521], and the jury's verdict having been rendered on the jury trial [Doc. ## 501, 503] and this Court having filed its Findings of Fact and Conclusions of Law as to the court trial [Doc. # 529],

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff Bahamas Surgery Center, LLC and class members, and against Defendants Kimberly-Clark Corporation and Halyard Health, Inc. in the following amounts: (1) $3,889,327 in compensatory damages, $1,062,391.75 in prejudgment interest, and $350 million in punitive damages against Kimberly-Clark; and (2) $261,445 in compensatory damages, $43,788.99 in prejudgment interest, and $100 million in punitive damages against Halyard Health.

DATED: May 15, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE