# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHAMAS SURGERY CENTER, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation, and HALYARD HEALTH, INC., a Delaware Corporation,<br><br>Defendants. | CASE NO.: 14-CV-08390 DMG (PLA)<br><br>**JOINT STIPULATION RE: BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |

Plaintiff Bahamas Surgery Center, LLC ("Plaintiff") and defendants Kimberly-Clark Corporation ("Kimberly-Clark") and Halyard Health, Inc. ("Halyard") (collectively, "Defendants," and together with Plaintiff, the "parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on May 15, 2017, the Court entered judgment in favor of Plaintiff against Defendants awarding compensatory damages, punitive damages, and prejudgment interest to Plaintiff and the Class.

WHEREAS, based on the Court's previous order setting a briefing schedule, (Dkt No. 515), Defendants' deadline to file their renewed motion for judgment as a matter of law, motion for a new trial, and motion to decertify class based on evidence at trial (the "Post-Trial Motions") is May 30, 2017.

WHEREAS, Plaintiff intends to file a motion seeking an award of attorneys' fees and costs from Defendants.

WHEREAS, the parties have conferred and agree that because the arguments regarding attorneys' fees could be impacted by the Court's final rulings on Defendants' Post-Trial Motions, to avoid the waste of judicial and party resources and in accordance with Ninth Circuit case law, the deadline for Plaintiff to file its motion for attorneys' fees and costs should be tolled until after the Post-Trial Motions are resolved by the Court.

Accordingly, the parties stipulate and agree that (1) Plaintiff's deadline to file its motion for attorneys' fees and costs is 14 days after the Court issues its last ruling on Defendants' Post-Trial Motions, (2) Defendants' Opposition shall be due 14 days after Plaintiff files its Motion, and (3) Plaintiff's Reply shall be due 14 days after Defendants file their Opposition.

SO STIPULATED.

Dated: May 16, 2017            EAGAN AVENATTI, LLP

                               By:    /s/ Michael J. Avenatti
                                      Michael J. Avenatti

1

**JOINT STIPULATION RE: BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

                                        Attorneys for Plaintiff, Individually and On Behalf of All Others Similarly Situated

Dated: May 16, 2017        KING & SPALDING, LLP

                            By:     /s/ Stephen B. Devereaux
                                     Alexander Calfo
                                     Julia Romano
                                     633 West 5th Street, Suite 1700
                                     Los Angeles, CA 90071
                                     Telephone: (213) 443-4355
                                     Facsimile : (213) 443-4310

                                     Chilton D. Varner
                                     (admitted *pro hac vice*)
                                     Stephen B. Devereaux
                                     (admitted *pro hac vice*)
                                     Madison H. Kitchens
                                     (admitted *pro hac vice*)
                                     1180 Peachtree Street, N.E.
                                     Atlanta, GA 30309-3521
                                     Telephone: (404) 572-4600
                                     Facsimile: (404) 572-5100

                                     Attorneys for Defendants KIMBERLY-CLARK CORPORATION, a Delaware Corporation; and HALYARD HEALTH, INC., a Delaware Corporation.

**JOINT STIPULATION RE: BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**