EAGAN AVENATTI, LLP
Michael J. Avenatti, State Bar No. 206929
mavenatti@eaganavenatti.com
Ahmed Ibrahim, State Bar No. 238739
aibrahim@eaganavenatti.com
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone:  949.706.7000
Facsimile:   949.706.7050

Attorneys for Plaintiff, Individually and On Behalf of All Others Similarly Situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHAMAS SURGERY CENTER, LLC, et al.,<br><br>                    Plaintiff,<br>vs.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation, and HALYARD HEALTH, INC., a Delaware Corporation,<br><br>                    Defendants. | CASE NO.:  14-CV-08390 DMG (PLA)<br><br>**OMNIBUS DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTIONS (1) FOR A NEW TRIAL; (2) FOR JUDGMENT AS A MATTER OF LAW; AND (3) TO DECERTIFY THE CLASS** |

# DECLARATION OF MICHAEL J. AVENATTI

I, MICHAEL J. AVENATTI, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an attorney with the law firm of Eagan Avenatti, LLP ("Eagan Avenatti" or the "firm"), counsel of record for Plaintiffs Bahamas Surgery Center, LLC and the class. I am submitting this omnibus declaration in support of Plaintiff Bahamas Surgery Center LLC's Oppositions to Defendants Motions (1) for a New Trial, Remittitur, or Amendment of the Judgment; (2) for Judgment as a Matter of Law (Renewed); and, (3) to Decertify the Class. I have personal knowledge of the information stated herein and if called to testify to the same would and could do so.

2. Exhibit A is a summary of testimony referenced in Footnote 8 to Plaintiff's Opposition to Motion for a New Trial, Remittitur, or Amendment of the Judgment.

3. Exhibit B is a summary of testimony referenced in Footnote 10 to Plaintiff's Opposition to Motion for a New Trial, Remittitur, or Amendment of the Judgment.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts of the March 28, 2017 transcript of trial in this matter.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts of the March 29, 2017 transcript of trial in this matter.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts of the March 30, 2017 transcript of trial in this matter.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts of the March 31, 2017 transcript of trial in this matter.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts of the April 3, 2017 transcript of trial in this matter.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts of the April 4, 2017 transcript of trial in this matter.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts of the April 5, 2017 transcript of trial in this matter.

11. Attached hereto as Exhibit J is a true and correct copy of excerpts of the April 6, 2017 transcript of trial in this matter.

12. Attached hereto as Exhibit K is a true and correct copy of excerpts of the April 7, 2017 transcript of trial in this matter.

13. Attached hereto as Exhibit L is a true and correct copy of an email dated March 28, 2017 sent by my office to defense counsel attaching additional designations of Mr. Vezeau's deposition testimony.

14. During the trial on March 29, 2017, Plaintiff's counsel went back to its trial tech team to cut the testimony from Mr. Vezeau's video deposition dealing with the subject matter the Court excluded.

15. Because there was no formal ruling excluding pages 225 through 227 and Defendants' counsel did not specifically object to these pages, at least initially, these pages inadvertently and mistakenly were not removed from the testimony that was to be played for the jury.

16. Attached hereto as Exhibit M is a true and correct copy of excerpts of the transcript of the hearing on the Motion for Summary Judgment on September 30, 2016 in this matter.

17. Attached hereto at tab 9 is a true and correct copy of Trial Exhibit 9 which was admitted into evidence at the Trial of this matter.

18. Attached hereto at tab 80b is a true and correct copy of Trial Exhibit 80b which was admitted into evidence at the Trial of this matter.

19. Attached hereto at tab 91 is a true and correct copy of Trial Exhibit 91 which was admitted into evidence at the Trial of this matter.

20. Attached hereto at tab 92 is a true and correct copy of Trial Exhibit 92 which was admitted into evidence at the Trial of this matter.

21. Attached hereto at tab 93 is a true and correct copy of Trial Exhibit 93 which was admitted into evidence at the Trial of this matter.

22. Attached hereto at tab 94 is a true and correct copy of Trial Exhibit 94 which was admitted into evidence at the Trial of this matter.

23. Attached hereto at tab 97 is a true and correct copy of Trial Exhibit 97 which was admitted into evidence at the Trial of this matter.

24. Attached hereto at tab 98 is a true and correct copy of Trial Exhibit 98 which was admitted into evidence at the Trial of this matter.

25. Attached hereto at tab 99 is a true and correct copy of Trial Exhibit 99 which was admitted into evidence at the Trial of this matter.

26. Attached hereto at tab 109 is a true and correct copy of Trial Exhibit 109 which was admitted into evidence at the Trial of this matter.

27. Attached hereto at tab 121 is a true and correct copy of Trial Exhibit 121 which was admitted into evidence at the Trial of this matter.

28. Attached hereto at tab 128 is a true and correct copy of Trial Exhibit 128 which was admitted into evidence at the Trial of this matter.

29. Attached hereto at tab 131 is a true and correct copy of Trial Exhibit 131 which was admitted into evidence at the Trial of this matter.

30. Attached hereto at tab 134 is a true and correct copy of Trial Exhibit 134 which was admitted into evidence at the Trial of this matter.

31. Attached hereto at tab 142 is a true and correct copy of Trial Exhibit 142 which was admitted into evidence at the Trial of this matter.

32. Attached hereto at tab 150 is a true and correct copy of Trial Exhibit 150 which was admitted into evidence at the Trial of this matter.

33. Attached hereto at tab 151 is a true and correct copy of Trial Exhibit 151 which was admitted into evidence at the Trial of this matter.

34. Attached hereto at tab 204 is a true and correct copy of Trial Exhibit 204 which was admitted into evidence at the Trial of this matter.

**OMNIBUS DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANTS MOTIONS**

35. Attached hereto at tab 205 is a true and correct copy of Trial Exhibit 205 which was admitted into evidence at the Trial of this matter.

36. Attached hereto at tab 206 is a true and correct copy of Trial Exhibit 206 which was admitted into evidence at the Trial of this matter.

37. Attached hereto at tab 212 is a true and correct copy of Trial Exhibit 212 which was admitted into evidence at the Trial of this matter.

38. Attached hereto at tab 213 is a true and correct copy of Trial Exhibit 213 which was admitted into evidence at the Trial of this matter.

39. Attached hereto at tab 214 is a true and correct copy of Trial Exhibit 214 which was admitted into evidence at the Trial of this matter.

40. Attached hereto at tab 216 is a true and correct copy of Trial Exhibit 216 which was admitted into evidence at the Trial of this matter.

41. Attached hereto at tab 219 is a true and correct copy of Trial Exhibit 219 which was admitted into evidence at the Trial of this matter.

42. Attached hereto at tab 245 is a true and correct copy of Trial Exhibit 245 which was admitted into evidence at the Trial of this matter.

43. Attached hereto at tab 257 is a true and correct copy of Trial Exhibit 257 which was admitted into evidence at the Trial of this matter.

44. Attached hereto at tab 258 is a true and correct copy of Trial Exhibit 258 which was admitted into evidence at the Trial of this matter.

45. Attached hereto at tab 259 is a true and correct copy of Trial Exhibit 259 which was admitted into evidence at the Trial of this matter.

46. Attached hereto at tab 260 is a true and correct copy of Trial Exhibit 260 which was admitted into evidence at the Trial of this matter.

47. Attached hereto at tab 265 is a true and correct copy of Trial Exhibit 265 which was admitted into evidence at the Trial of this matter.

48. Attached hereto at tab 267 is a true and correct copy of Trial Exhibit 267 which was admitted into evidence at the Trial of this matter.

49. Attached hereto at tab 269 is a true and correct copy of Trial Exhibit 269 which was admitted into evidence at the Trial of this matter.

50. Attached hereto at tab 270 is a true and correct copy of Trial Exhibit 270 which was admitted into evidence at the Trial of this matter.

51. Attached hereto at tab 275 is a true and correct copy of Trial Exhibit 275 which was admitted into evidence at the Trial of this matter.

52. Attached hereto at tab 284 is a true and correct copy of Trial Exhibit 284 which was admitted into evidence at the Trial of this matter.

53. Attached hereto at tab 526 is a true and correct copy of Trial Exhibit 526 which was admitted into evidence at the Trial of this matter.

54. Attached hereto at tab 539 is a true and correct copy of Trial Exhibit 539 which was admitted into evidence at the Trial of this matter.

55. Attached hereto at tab 543 is a true and correct copy of Trial Exhibit 543 which was admitted into evidence at the Trial of this matter.

56. Attached hereto at tab 567 is a true and correct copy of the first page of Trial Exhibit 567 which was admitted into evidence at the Trial of this matter. Plaintiff is submitting only the first page due to the large size of the spreadsheet and will submit the entire spreadsheet on CD should the Court request.

57. Attached hereto at tab 572 is a true and correct copy of Trial Exhibit 572 which was admitted into evidence at the Trial of this matter.

58. Attached hereto at tab 607 is a true and correct copy of Trial Exhibit 607 which was admitted into evidence at the Trial of this matter.

59. Attached hereto at tab 620 is a true and correct copy of Trial the first page of Exhibit 620 which was admitted into evidence at the Trial of this matter. Plaintiff is submitting only the first page due to the large size of the spreadsheet and will submit the entire spreadsheet on CD should the Court request.

60. Attached hereto at tab 621 is a true and correct copy of the first page of Trial Exhibit 621 which was admitted into evidence at the Trial of this matter. Plaintiff

1  is submitting only the first page due to the large size of the spreadsheet and will submit
2  the entire spreadsheet on CD should the Court request.

3      61.    Attached hereto at tab 691-B is a true and correct copy of the first page of Trial Exhibit 691-B which was admitted into evidence at the Trial of this matter. Plaintiff is submitting only the first page due to the large size of the spreadsheet and will submit the entire spreadsheet on CD should the Court request.

    62.    Attached hereto at tab 691-D is a true and correct copy of Trial Exhibit 691-D which was admitted into evidence at the Trial of this matter.

    63.    Attached hereto at tab 725 is a picture of the physical gown which was which was admitted into evidence as Exhibit 725 at the Trial of this matter.

    64.    Attached hereto at tab 760 is a true and correct copy of Trial Exhibit 760 which was admitted into evidence at the Trial of this matter.

    65.    Attached hereto at tab 797 is a true and correct copy of Trial Exhibit 797 which was admitted into evidence at the Trial of this matter.

    66.    Attached hereto at tab 798 is a true and correct copy of Trial Exhibit 798 which was admitted into evidence at the Trial of this matter.

    67.    Attached hereto at tab 799 is a true and correct copy of Trial Exhibit 799 which was admitted into evidence at the Trial of this matter.

    68.    Attached hereto at tab 800 is a true and correct copy of Trial Exhibit 800 which was admitted into evidence at the Trial of this matter.

    69.    Attached hereto at tab 801 is a true and correct copy of Trial Exhibit 801 which was admitted into evidence at the Trial of this matter.

    70.    Attached hereto at tab 802 is a true and correct copy of Trial Exhibit 802 which was admitted into evidence at the Trial of this matter.

    71.    Attached hereto at tab 803 is a true and correct copy of Trial Exhibit 803 which was admitted into evidence at the Trial of this matter.

    72.    Attached hereto at tab 804 is a true and correct copy of Trial Exhibit 804 which was admitted into evidence at the Trial of this matter.

**OMNIBUS DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANTS MOTIONS**

73. Attached hereto at tab 805 is a true and correct copy of Trial Exhibit 805 which was admitted into evidence at the Trial of this matter.

74. Attached hereto at tab 806 is a true and correct copy of Trial Exhibit 806 which was admitted into evidence at the Trial of this matter.

75. Attached hereto at tab 807 is a true and correct copy of Trial Exhibit 807 which was admitted into evidence at the Trial of this matter.

76. Attached hereto at tab 808 is a true and correct copy of Trial Exhibit 808 which was admitted into evidence at the Trial of this matter.

77. Attached hereto at tab 809 is a true and correct copy of Trial Exhibit 809 which was admitted into evidence at the Trial of this matter.

78. Attached hereto at tab 867 is a true and correct copy of Trial Exhibit 867 which was identified and marked at the Trial of this matter and admitted as evidence in support of Plaintiff's Opposition to Defendant's Motion for Judgment as a Matter of Law, Dkt No. 477.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct. I have executed this declaration at Newport Beach, California on June 16, 2017.

                                                  /s/ Michael J. Avenatti
                                                     Michael J. Avenatti