EAGAN AVENATTI, LLP
Michael J. Avenatti, State Bar No. 206929
mavenatti@eaganavenatti.com
Ahmed Ibrahim, State Bar No. 238739
aibrahim@eaganavenatti.com
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone: 949.706.7000
Facsimile: 949.706.7050

Attorneys for Plaintiff, Individually and On Behalf of All Others Similarly Situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHAMAS SURGERY CENTER, LLC, et al.,<br><br>    Plaintiff,<br><br>    vs.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation, and HALYARD HEALTH, INC., a Delaware Corporation,<br><br>    Defendants. | CASE NO.: 14-CV-08390 DMG (PLA)<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF BAHAMAS SURGERY CENTER, LLC'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW** |

Plaintiff Bahamas Surgery Center, LLC ("Plaintiff"), by and through its counsel of record, hereby submits this Notice of Supplemental Authority in Support of Its Opposition to Defendants' Renewed Motion for Judgment as a Matter of Law [Dkt No. 544] to bring to the Court's attention the Ninth Circuit's recent decision in Davidson v. Kimberly-Clark Corp., No. 15-16173, 2017 WL 4700093 (9th Cir. Cal. Oct. 20 2017). A true and correct copy of the Ninth Circuit's slip opinion is attached hereto as Exhibit A. The Court's decision is relevant to, among other things, Defendants' argument relating to standing [see Dkt No. 535 at 50-55; Dkt No. 549 at 31-33] and Plaintiff's argument that it suffered injury-in-fact and possesses Article III standing to pursue its claims against Defendants. Notably, the Ninth Circuit's decision reverses the district court's ruling in Davidson v. Kimberly-Clark Corp., 76 F.Supp.3d 964 (N.D. Cal. 2014), a decision Defendants have previously relied upon to support their position that Plaintiff does not have standing. [I.e., see Dkt Nos. 33-1 at 16, 19, 23; 37 at 15, 21; 190-4 at 18; 325 at 29.]

Dated: October 24, 2017           EAGAN AVENATTI, LLP

                                  By:     /s/ Michael J. Avenatti
                                        Michael J. Avenatti
                                        Attorneys for Plaintiff, Individually and
                                        On Behalf of All Others Similarly Situated