


THEODORE J. BOUTROUS, JR., SBN 132099
 tboutrous@gibsondunn.com
JULIAN W. POON, SBN 219843
 jpoon@gibsondunn.com
THEANE EVANGELIS, SBN 243570
 tevangelis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant
KIMBERLY-CLARK CORPORATION,
a Delaware Corporation

DONALD B. VERRILLI, JR., *pro hac vice*
 Donald.Verrilli@mto.com
DANIEL P. COLLINS, SBN 139164
 Daniel.Collins@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: 213.683.9100
Facsimile: 213.683.5153

Attorneys for Defendant
HALYARD HEALTH, INC., a Delaware Corporation

(Additional Counsel on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BAHAMAS SURGERY CENTER, LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation and HALYARD HEALTH, INC., a Delaware Corporation,<br><br>　　　　Defendants. | CASE NO. 2:14-cv-08390-DMG-PLA<br><br>**CERTIFICATE OF SERVICE** |

1  ALEXANDER G. CALFO, SBN 152891
      acalfo@kslaw.com
2  JULIA ROMANO, SBN 260857
      jromano@kslaw.com
3  KING & SPALDING LLP
   633 W. 5th Street, Suite 1700
4  Los Angeles, CA  90071-2073
   Telephone:  213.443.4355
5  Facsimile:   213.443.4310

6  CHILTON D. VARNER, *pro hac vice*
      cvarner@kslaw.com
7  STEPHEN B. DEVEREAUX, *pro hac vice*
      sdevereaux@kslaw.com
8  MADISON H. KITCHENS, *pro hac vice*
      mkitchens@kslaw.com
9  KING & SPALDING LLP
   1180 Peachtree Street, N.E.
10 Atlanta, GA  30309-3521
   Telephone:  404.572.4600
11 Facsimile:   404.572.5100

12 Attorneys for Defendants
   KIMBERLY-CLARK CORPORATION,
13 a Delaware Corporation and HALYARD
   HEALTH, INC., a Delaware Corporation

Gibson, Dunn &
Crutcher LLP

2
CERTIFICATE OF SERVICE
Case No. 2:14-cv-08390-DMG-PLA

# CERTIFICATE OF SERVICE

I, Candie Trainor, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, California 90071-3197, in said County and State. On **January 25, 2018**, I served the following document(s):

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' POST TRIAL MOTION TO DECERTIFY THE CLASS**

☑ **BY First-Class Mail, Postage Prepaid:** I caused each such document(s) to be served via U.S. Mail to the following non-CM/ECF participant(s).

Mary Catherine Tischler
CBS Law Department
4024 Radford Avenue
Studio City, CA 91604

I am employed in the office of Theodore J. Boutrous, Jr., a member of the bar of this court, and that the foregoing document(s) was (were) printed on recycled paper.

I declare under penalty of perjury that the foregoing is true and correct. Executed on **January 25, 2018**.

_____
Candie Trainor

102288726.1