UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 14-8390 DMG (PLAx) | Date | March 30, 2018 |
|---|---|---|---|

| Title | *Bahamas Surgery Center, LLC. v. Kimberly-Clark Corporation, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER RE DEFENDANTS' MOTION FOR A 30-DAY EXTENSION OF STAY OF EXECUTION OF JUDGMENT PENDING FILING OF APPELLATE BOND OR UNDERTAKING [563]**

Under Federal Rule of Civil Procedure 62(a), a district court's judgment becomes enforceable 14 days after the judgment is entered. *See* Fed. R. Civ. P. 62(a) (enforcement is automatically stayed for 14 days after entry of judgment). On April 21, 2017, the Court extended the stay pending the Court's resolution of post-trial motions. [Doc. # 515.] Defendants now move for a 30-day extension of the current stay. [Doc. # 563.]

Given the current size of the judgment, the potential impact the post-trial motions could have on the amount of punitive damages awarded by the jury, and the lack of prejudice to plaintiffs that would be caused by a further stay of 30 days, the Court finds that an extension of the stay for 30 days after resolution of the post-trial motions is warranted.

Accordingly, IT IS ORDERED that Defendants' motion for a 30-day extension of the current stay of execution of the judgment is GRANTED. The stay of execution on the judgment is hereby extended to 30 days after the filing of the Court's ruling on the post-trial motions.