# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHAMAS SURGERY CENTER, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KIMBERLY-CLARK CORPORATION, et. al., <br><br> Defendants. | Case No. CV 14-8390-DMG (PLAx) <br><br> **AMENDED JUDGMENT** |

This matter having come before the Court for a jury trial on March 28, 2017 through April 7, 2017 and a subsequent court trial [Doc. ## 517, 521], and the jury's verdict having been rendered on the jury trial [Doc. ## 501, 503] and this Court having filed its Findings of Fact and Conclusions of Law as to the court trial [Doc. # 529],

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff Bahamas Surgery Center, LLC and class members, and against Defendants Kimberly-Clark Corporation and Halyard Health, Inc. in the following amounts: (1) $3,889,327 in compensatory damages, $1,062,391.75 in prejudgment interest accrued as of May 15, 2017, and $19,446,635 in punitive damages against Kimberly-Clark; and (2) $261,445 in compensatory damages, $43,788.99 in prejudgment interest accrued as of May 15, 2017, and $1,307,225 in punitive damages against Halyard Health. Plaintiff and class members are also entitled to the recovery of additional prejudgment interest on the aforementioned compensatory damages award that accrued on and between May 16, 2017 and the date of this Amended Judgment at the rate of 7% per annum. *See* Parties' Joint Stipulation re Prejudgment Interest [Doc. # 516].

DATED: April 11, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE