UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 14-8390 DMG (PLAx)** | Date | April 1, 2019 |
| Title | ***Bahamas Surgery Center, LLC. v. Kimberly-Clark Corporation, et al.*** | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER DENYING WITHOUT PREJUDICE RECEIVER'S MOTION FOR INDICATIVE RULING [601]**

On March 31, 2019, the Receiver of Eagan Avenatti, LLP filed a Motion for an Indicative Ruling, which is scheduled for a hearing on May 3, 2019 at 9:30 a.m. [Doc. # 601.] The notice of motion does not contain a statement required by Local Rule 7-3 indicating that counsel conferred at least seven days prior to the filing of the motion. *See* C.D. Cal. L.R. 7-3. The Receiver also failed to submit a proposed order relating thereto. *See* C.D. Cal. L.R. 7-20. Due to the Receiver's failure to comply with this Court's Local Rules, the motion is **DENIED** without prejudice to refiling after compliance. The May 3, 2019 hearing is **VACATED**.

**IT IS SO ORDERED.**