JOHN P. REITMAN (State Bar No. 80579)
jreitman@lgbfirm.com
JACK A. REITMAN (State Bar No. 283746)
jareitman@lgbfirm.com
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Attorneys for Brian Weiss,
Court Appointed Receiver of Eagan Avenatti, LLP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| BAHAMAS SURGERY CENTER, LLC, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation, and HALYARD HEALTH, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:14-cv-08390-DMG<br><br>**DECLARATION OF JASON M. FRANK IN SUPPORT OF EAGAN AVENATTI LLP RECEIVER'S MOTION FOR "INDICATIVE RULING" (1) REMOVING EAGAN AVENATTI LLP AND MICHAEL AVENATTI AS CLASS COUNSEL AND (2) APPOINTING JASON M. FRANK, SCOTT H. SIMS AND ANDREW D. STOLPER OF FRANK, SIMS & STOLPER, LLP AS LEAD CLASS COUNSEL**<br><br>**Hearing Date, Time, and Location:**<br>Date:  May 3, 2019<br>Time:  9:30 a.m.<br>Place: Courtroom 8C<br>        350 West 1st Street<br>        Los Angeles, CA 90012 |

# DECLARATION OF JASON M. FRANK

I, Jason M. Frank, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court, all the courts of the State of California, and other courts. I am a partner at Frank Sims & Stolper LLP. I submit this declaration in support of Eagan Avenatti LLP Receiver's Motion For "Indicative Ruling" (1) Removing Eagan Avenatti LLP And Michael Avenatti As Class Counsel And (2) Appointing Jason M. Frank, Scott H. Sims And Andrew D. Stolper Of Frank, Sims & Stolper, LLP As Lead Class Counsel. I have personal knowledge of the facts set forth below, unless stated on information and belief, and if called as a witness, I would testify competently thereto.

## QUALIFICATIONS AS CLASS COUNSEL

2. In May 2016, I, along with my partners Scott Sims, Esq. and Andrew Stolper, Esq. formed the law firm Frank Sims & Stolper LLP ("FSS"). FSS is a litigation boutique that specializes in handling complex commercial litigation, consumer class actions and white-collar criminal defense matters. Other firms, such as Browne George Ross LLP and McNicholas & McNicholas LLP, regularly bring their class actions to FSS.

3. Prior to forming FSS, I was a non-equity partner at Eagan Avenatti LLP. Before that, I was a litigation partner at the Los Angeles office of Paul Hastings Janofsky & Walker, LLP ("Paul Hastings"). At Paul Hastings, I was one of the leaders of the firm's global class action practice group. I received my J.D. degree from the University of Michigan in 1997, and my B.A. from the University of Michigan in 1994. I have been a member of the editorial board for Lexis/Nexis legal publications since 1999. I have also served as a member of the Board of Governors for the Association of Business Trial Lawyers ("ABTL"), Los Angeles Chapter.

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4. My partner, Scott H. Sims, was formerly a non-equity partner at EA and an associate at Paul Hastings. Mr. Sims obtained his J.D. degree from Harvard Law School in 2004, and his B.A., summa cum laude, from Southern Methodist University in 2001. Mr. Sims has been repeatedly named a Southern California Rising Star by Super Lawyers Magazine.

5. Mr. Stolper was formerly a non-equity partner at Eagan Avenatti LLP and before that an Assistant United States Attorney ("AUSA") for the Central District of California. He was formerly in charge of white collar prosecutions in Orange County and a member of the Enron Taskforce. For his service, Mr. Stolper was awarded the Attorney General Award for Exceptional Service, the highest honor bestowed by the Department of Justice to its prosecutors. Prior to joining the Department of Justice, Mr. Stolper was an associate at Irell & Manella, LLP. He graduated Order of the Coif from the University of Southern California Law School in 1999, and received his B.A. degree from The George Washington University in 1996.

6. In my practice, I specialize in representing both plaintiffs and defendants in complex litigation and consumer class actions. In my class action defense practice, I represent fortune 500 companies, such as AT&T, and major private corporations, such as L.A. Fitness. In my plaintiff practice, I have obtained verdicts and settlements totaling over $500,000,000.00.

7. A representative sample of recent class action matters and consumer fraud cases, as well as other recent fraud-based matters, handled by FSS' lawyers include the following:

    a. **Birbrower v. Quorn Foods, Inc.**: I was lead counsel representing a nationwide class of consumers against Quorn Foods, Inc., a manufacturer of vegetarian and vegan food products. The case involved claims that Quorn misleadingly advertised the main ingredient in its products

3

(mycoprotein) is "like a mushroom, truffle or morel" when the ingredient is actually fermented mold. The case was filed after a child with a severe mold allergy died after consuming the product. The case settled with Quorn agreeing to provide 4 years of refunds to consumers and to prominently disclose on its packaging that Quorn products contains mold. The settlement was approved by this Court.

  b. **The Mercedes-Benz SUV Class Action**. I was lead counsel, with Mr. Sims, representing a nationwide class of consumers against Mercedes-Benz for failing to disclose a design defect in its seat heaters (in certain SUV models) that could cause the seat heater to overheat, smoke and burn a hole through the seat while the driver was operating the vehicle. The case settled for a total value of over $85 million

  c. **The Hewlett-Packard Class Action**. Mssrs. Sims, Stolper and I were the lead lawyers representing a class of California employees against Hewlett-Packard Enterprise Company and HP, Inc. for failing to timely pay sales commissions in accordance with California law. After nearly a decade of litigation, the case settled a few weeks before trial. The settlement included a $25 million settlement fund, $75 million in technology investments to ensure the timely processing of sales commissions and one of the largest PAGA penalty awards in California history.

  d. **Supplemental Income Plan Class Action.** Mr. Stolper, Mr. Sims and I represent the plaintiffs in this class action against the Board of Trustees of the Supplemental Income 401(k) Plan. The case involves alleged breaches of fiduciary duty. We expect to move for preliminary approval of a nationwide class action settlement in the next two weeks.

  e. **Ward v. Tilly's Class Action.** Mr. Sims represents the plaintiff in this putative class action involving allegations that Tilly's "call-in" shift

practices result in violations of California's reporting time pay regulations. Mr. Sims argued an issue of first impression in the California Court of Appeal that resulted in a published opinion in February 2019 in favor of plaintiff and the putative class. The case is ongoing.

f. **Beeman v. Anthem Class Action.** With Mr. Sims, I am lead counsel for the plaintiff in this putative class action related to alleged violations of the California Civil Code by pharmacy benefit managers. The case is currently on appeal. Mr. Sims is scheduled to argue the appeal before the Ninth Circuit in June 2019.

g. **The Eden Memorial Park Cemetery Class Action**. I was one of the lead lawyers representing over 25,000 families in a certified class action against Service Corporation International ("SCI") – the largest owner and operator of cemeteries in the United States. Mr. Sims also represented the class in this matter. The case involved a Jewish cemetery in Los Angeles where employees were ordered to break burial vaults in neighboring graves in order to make new graves fit. The certified claims were based on the theory that SCI had a duty to disclose this practice to families prior to purchase, and its failure to do so constituted fraud and a violation of the Consumer Legal Remedies Act (the "CLRA") and California Business & Professions Code section 17200 et. seq. (the "UCL"). The case was featured on 60 Minutes and CNN. The case settled in the fourth week of a class action jury trial for $80,500,000.00.

h. **The LA Fitness Class Actions.** I served as lead counsel representing LA Fitness in a number of class actions across the country, including a nationwide class action in Pennsylvania. The cases involved various challenges to LA Fitness' membership terms and billing and cancellation practices, including claims for fraud and violation of consumer

5

protection statutes. Based on a favorable ruling we obtained on behalf of LA Fitness, the nationwide class action was named one of the 10 most significant cases of 2012. See www.classactioncounermeasures.com_the-ten-most-significant-cases-of-2012.

    i.    **The Anthony Pellicano Wiretapping Litigation.** I served as lead counsel representing AT&T in a putative class action and 18 individual lawsuits in state and federal court concerning the wiretapping scheme perpetrated by convicted private investigator Anthony Pellicano. Mr. Sims also represented AT&T in this matter. On behalf of AT&T, we have defeated 12 of the individual actions via dispositive motions, and secured favorable settlements in the proposed class action and 6 other individual lawsuits. I also argued and obtained an appellate victory in the California Court of Appeal as part of the cases.

    j.    **The GE Healthcare EBT Scanner Litigation**. I served as lead counsel representing GE Healthcare in a number of consumer actions across the country relating to claims that GE Healthcare fraudulently failed to disclose its plans to stop supporting electron beam medical scanning devices. I obtained judgments in GE Healthcare's favor in all of the cases, including a defense verdict after a three-month jury trial in Santa Barbara, California.

    k.    **The Meridian Funds Litigation**. Mr. Sims represented the trustee of the Meridian Funds and over 600 individual investors in litigation against Moss Adams and The Commerce Bank of Washington concerning a "Ponzi scheme" in Seattle that resulted in over $150,000,000.00 in investor losses. Mr. Sims' clients alleged that the auditor (Moss Adams) and the bank (Commerce Bank), among other things, failed to detect and disclose the fraudulent scheme. Both matters were resolved on a confidential basis.

**KNOWLEDGE OF THIS CASE AND COMMITMENT TO IT**

8. The partners at FSS have extensive experience in handling class actions and complex litigation, including the fraudulent nondisclosure claims at issue in this lawsuit. If appointed as Class Counsel, FSS commits to vigorously prosecuting this case on behalf of the Class and has the financial resources, time and personnel to do so. We are ready, willing and able to pursue this matter as Class Counsel.

9. Mr. Sims, Mr. Stolper and I are familiar with the legal and factual issues in this case. In fact, we worked on the case extensively before leaving EA. Mr. Sims and I were responsible for briefing a number of the key legal issues that are the subject of the appeal and we successfully opposed Defendants' motion to dismiss and worked on the initial motion for class certification. Further, up until the time of his departure from EA, Mr. Stolper was responsible for the day-to-day management of this matter and took a number of the key depositions in the case. We have also reviewed the appellate briefing.

10. My personal corporation (Jason Frank Law PLC ("JFL"), the entity through which I hold my partnership in FSS) is a creditor of EA (with a $10 million judgment). My understanding is JFL is EA's largest creditor. JFL also has a judgment against Michael Avenatti personally of approximately $5 million. Those judgments ensure that FSS has the same economic incentive to maximize the value of the case on behalf of the Class as would be the case if FSS had been initially appointed as class counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing this true and correct. Executed this 30th day of March 2019, in Irvine, California.

/s/ Jason M. Frank  
JASON M. FRANK