JOHN P. REITMAN (State Bar No. 80579)
jreitman@lgbfirm.com
JACK A. REITMAN (State Bar No. 283746)
jareitman@lgbfirm.com
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Attorneys for Brian Weiss,
Court Appointed Receiver of Eagan Avenatti, LLP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| BAHAMAS SURGERY CENTER, LLC, et al.,<br><br>                    Plaintiff,<br><br>       vs.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation, and HALYARD HEALTH, INC., a Delaware Corporation,<br><br>                    Defendants. | Case No. 2:14-cv-08390-DMG<br><br>**[PROPOSED] ORDER GRANTING RECEIVER'S MOTION FOR "INDICATIVE RULING" (1) REMOVING EAGAN AVENATTI LLP AND MICHAEL AVENATTI AS CLASS COUNSEL AND (2) APPOINTING JASON M. FRANK, SCOTT H. SIMS AND ANDREW D. STOLPER OF FRANK, SIMS & STOLPER, LLP AS LEAD CLASS COUNSEL**<br><br>**Hearing Date, Time, and Location:**<br>Date: May 3, 2019<br>Time: 9:30 a.m.<br>Place: Courtroom 8C<br>       350 West 1st Street<br>       Los Angeles, CA 90012 |

**THE COURT**, having considered the Motion filed by Brian Weiss, federal court appointed receiver for Eagan Avenatti, LLP for an "Indicative Ruling" (1) removing Eagan Avenatti LLP and Michael Avenatti as Class Counsel and (2) Appointing Jason M. Frank, Scott H. Sims and Andrew D. Stolper of Frank, Sims & Stolper, LLP as Lead Class Counsel, and finding good cause supporting the relief requested, orders as follows:

1. Eagan Avenatti, LLP and Michael Avenatti are hereby removed as Class Counsel from the above captioned case;

2. Jason M. Frank, Scott H. Sims, and Andrew D. Stolper of Frank, Sims & Stolper, LLP are appointed as Lead Class Counsel in the above captioned case.

**SO ORDERED.**

Date:_____                    _____
                                          HON. DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE