UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 17 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BAHAMAS SURGERY CENTER, LLC, a California limited liability company, on behalf of itself and all others similarly situated, DBA Bahamas Surgery Center,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation,<br><br>        Defendant - Appellant,<br><br> and<br><br>HALYARD HEALTH, INC., a Delaware Corporation,<br><br>        Defendant. | No. 18-55478<br><br>D.C. No. 2:14-cv-08390-DMG-PLA<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |
| BAHAMAS SURGERY CENTER, LLC, a California limited liability company, on behalf of itself and all others similarly situated, DBA Bahamas Surgery Center,<br><br>        Plaintiff - Appellee, | No. 18-55483<br><br>D.C. No. 2:14-cv-08390-DMG-PLA<br>U.S. District Court for Central California, Los Angeles |

| | |
|---|---|
| v.<br><br>HALYARD HEALTH, INC., a Delaware Corporation,<br><br>        Defendant - Appellant,<br><br> and<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation,<br><br>        Defendant. | |
| BAHAMAS SURGERY CENTER, LLC, a California limited liability company, on behalf of itself and all others similarly situated, DBA Bahamas Surgery Center,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation and HALYARD HEALTH, INC., a Delaware Corporation,<br><br>        Defendants - Appellees. | No. 18-55558<br><br>D.C. No. 2:14-cv-08390-DMG-PLA<br>U.S. District Court for Central California, Los Angeles |

The judgment of this Court, entered July 23, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against Bahamas Surgery Center, LLC and awarded to Kimberly-Clark Corporation in the amount of $783.30. Costs are taxed against Bahamas Surgery Center, LLC and awarded to Halyard Health, Inc. in the amount of $110.40.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7