UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BAHAMAS SURGERY CENTER, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KIMBERLY-CLARK CORPORATION, a Delaware Corporation and HALYARD HEALTH, INC., a Delaware Corporation, <br><br> Defendants. | Case No.: CV 14-8390-DMG (PLAx) <br><br> **JUDGMENT [651]** |

The Court has dismissed this action with prejudice as to Defendants Kimberly-Clark Corporation and Halyard Health, Inc. [Doc # 677.]  Accordingly, judgment is hereby entered in favor of Defendants Kimberly-Clark Corporation and Halyard Health, Inc. and against Plaintiffs.

**IT IS SO ORDERED.**

DATED:  February 16, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-